✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

SECURITIES AND EXCHANGE COMMISSION,
      Plaintiff,
   - against -
THOMPSON PRICE HOLDING INC., ET AL.,
      Defendants.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

  I certify that I am admitted to practice in this court.

Date

/s/ John J. Graubard
Signature

Print Name                   Bar Number

Address

City        State        Zip Code

Phone Number                Fax Number

E-mail:
graubardj@sec.gov