MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
Room 400
New York, NY 10281
(212) 336-0080 (Brody)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

THOMPSON PRICE HOLDING INC. AND
DAMIR LUKOVIC a/k/a GREG THOMPSON

    Defendants.

07 Civ. 9525 ( ) (RMB)

---

## EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("Commission") hereby applies to this Court for an order:

1. Directing Defendants Thompson Price Holding Inc. and Damir Lukovic a/k/a Greg Thompson (collectively referred to herein as the "Defendants") to show cause why an order should not be entered, pending a final disposition of this action:

    (a)    preliminarily enjoining the Defendants from violating Sections 17(a) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), Sections 10(b) and 15(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78o(a), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5;

    (b)    freezing the Defendants' assets; and

    (c)    prohibiting the destruction, alteration, or concealment of documents;

2. pending adjudication of the foregoing, an Order:

    (a)    temporarily restraining the Defendants from violating the aforementioned statutes and rule;

    (b)    freezing the Defendants' assets; and

    (c)    prohibiting the destruction, alteration, or concealment of documents;

3. directing each of the Defendants to provide a verified accounting; and

4. providing for expedited discovery.

The grounds supporting this application are fully set forth in the accompanying Memorandum of Law in Support of Plaintiff's Emergency Application for Temporary Restraining Orders, Preliminary Injunctions, Orders To Show Cause, Asset Freezes, Accountings and Other Relief and the accompanying Declaration of Dawn Libal and Exhibits submitted in support thereof. A proposed form of Order is filed herewith.

Dated:    New York, New York
          October 25, 2007

                                            Respectfully submitted,

                                            _____
                                            Todd D. Brody
                                            Attorney for Plaintiff
                                            Securities and Exchange Commission
                                            New York Regional Office
                                            3 World Financial Center, Room 4000
                                            New York, New York  10281-1022
                                            Telephone (212) 336-0080

Of Counsel:
Mark K. Schonfeld
Gerald A. Gross
John Nowak
John J. Graubard
Reena Agrawal

3