**JPMorganChase ◆**

**JPMorgan Chase Bank, N.A.**
One Chase Manhattan Plaza, 26th Floor
New York, New York 10005
Tel. (212) 552-5306
Off: Fax (212) 552-5378

**Kimberly M. Parker**
Legal Assistant
Legal Department

October 16, 2007

*Via Federal Express*
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Attention: John J. Graubard, Sr. Attorney

Re:    In the Matter of Thompson Price Holdings Inc. (NY-7814)

Dear Mr. Graubard:

Enclosed please find information that is responsive to the above-referenced subpoena served upon JPMorgan Chase Bank, N.A.

| Account Title & Number | Type of Records | Period Covered |
|---|---|---|
| Thompson Price Holding Inc. Acct: 72612973 | Signature card, statements, deposits and offsets | 10/06 – 8/07 |

The enclosed documents are true and accurate records kept by JPMorgan Chase Bank in its normal course of business.

If you have any questions, please do not hesitate to contact our office. Thank You.

Very truly yours,

*Kimberly Parker*
Kimberly M. Parker

Enclosures
File #SBP18277/kp

*152088:v01*

 

# BUSINESS DEPOSITORY RESOLUTION

**CHASE ⬡**

_X_ **NEW**    ___ **CHANGE**

**ACCOUNT NO** 726121973

**ACCOUNT TITLE** THOMPSON PRICE HOLDING INC

**BUSINESS ADDRESS** 130 7TH AVE
NEW YORK NY 10011

**BANK NAME/NUMBER**

**BRANCH NAME AND NO**

**DATE** 10/25/2006

**PREPARED BY** MUSTAFA M ER

**PHONE NO** (718) 439-5648

**TAXPAYER ID NO** 20-5701349

**PRODUCT TYPE** Chase Business Custom Checking

Legal Name of Business _THOMPSON PRICE HOLDING INC_ _____ (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N A ("the Bank") that the Business is (check one)

___ a sole proprietorship owned entirely by the individual signing this Resolution,

___ a duly formed and valid existing

___ general partnership    ___ limited partnership    ___ limited liability partnership    ___ limited liability limited partnership    ___ joint venture
organized under the laws of the state/country of all of the general partners, if this is a general partnership the sole general partnership if this is a limited partnership signing this Resolution

_X_ a corporation duly organized and in good standing under the laws of the state/country of NY and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any.

___ an unincorporated association or organization and the individual(s) signing this Resolution is the keeper of the records and seal if any.

___ a limited liability company

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect

## Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's Deposit Account Agreement  Each person so listed is authorized to endorse for collection  deposit or negotiation any and all checks  drafts  notes  bills of exchange  certificates of deposit  and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business  Endorsements "for deposit" may be written or stamped  The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business  The person(s) so designated is authorized to sign any and all checks  drafts  and orders against any designated depository account(s) of the Business (including savings accounts) at the Bank  The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed  including those drawn or endorsed to the individual order of any such person so listed

| Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| DAMIR LUKOVIC | President | |
| | | |
| | | |
| | | |
| | | |

## Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, and is further authorized to sign and implement for and in the name on behalf of the Business  as they, or any of them see fit, the terms of all agreements, instruments, drafts  certificates  or other documents relating to any depository account or other business of the Business including, but not limited to payroll agreements  repurchase agreements, night depository agreements, funds transfer agreements or safe deposit agreements

## Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check  draft  or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card  The Bank shall be indemnified and held harmless against any forgery  or unauthorized use or misuse of the facsimile signing devices

## Further Authorizations

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank  If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal if any of the Business this _____ day of _____, _____

| For Corporation or Unincorporated Association or Organization | For Sole Proprietorship | For Partnership (all general partners must sign) or Limited Liability Company (all members must sign) |
|---|---|---|
| | | |
| X_____ | | Partner/Member/Manager |
| Secretary | Owner/Sole Proprietor | Partner/Member/Manager |
| ___ THIS IS A NOT-FOR-PROFIT BUSINESS | | Partner/Member/Manager |

JPMorgan Chase Bank, N A  Member FDIC
Catalog # 04382 (03/06)



09-Oct-07                                                                                          09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

## CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

00061740 DDA 602 KA 30706 - MBN T  1  000000000  D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
NEW YORK NY 10011-1803

October 25, 2006 through October 31, 2006
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY | Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 100.00 |
| Ending Balance | 1 | $100.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | Deposit | $100.00 |
| **Total Deposits and Additions** | | **$100.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/25 | $100.00 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fees | $0.00 | Waived by average checking balance |
| Transaction Fees | $0.30 | |
| Other Service Charges | $0.00 | |
| Total Service Charges | $0.30 | |
| Less Earnings Credit | -$0.02 | |
| Net Service Charges | $0.28 | Will be assessed on 11/3/06 |

Page 1 of 4

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

**CHASE** ⬡

October 25, 2006 through October 31, 2006
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____ 100.00

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____    _____
   _____    _____
   _____    _____
   _____    _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions ➡ – $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we send you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

**BILLING RIGHTS SUMMARY**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏠 Member FDIC

09-Oct-07                                                                                                      09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ⬡

October 25, 2006 through October 31, 2006
Account Number: 000000726121973

| SERVICE CHARGE DETAIL | | | | | |
|---|---|---|---|---|---|
| **DESCRIPTION** | **VOLUME** | **ALLOWED** | **CHARGED** | **PRICE/UNIT** | **TOTAL** |
| Account Maintenance | 0 | | | $20.00 | $0.00 |
| Deposits / Credits | 1 | 0 | 1 | $0.30 | $0.30 |
| Total Service Charges | | | | | $0.30 |
| Less Earnings Credit | $87 | | | 0.0002848 | -$0.02 |
| Net Service Charges (assessed on 11/3/06) | | | | | $0.28 |



Page 3 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

CHASE ○

October 25, 2006 through October 31, 2006
Account Number: 000000726121973

This Page Intentionally Left Blank

09-Oct-07                                                            09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 009670696966  Posting date 25-OCT-06



CURRENCY ▶  *100.00*

COIN ▶

CHECKS ▶

DATE  *10/25/2006*
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
DEPOSIT TICKET  $  *100.00*

CHASE ◯
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.chase.com

⑈580201028⑈  726121973⑆

9246140021016

Cash In                    *100.00
E02 E0271 01 175 10/25/2006  2:26
Acct#726121973              E0271
Deposit Ticket             *100.00
CPN                          0.00
10/25/2006

AcctNum: 00000000726121973  Amount: 000000000010000
XRefno: 0000000000  PostDate: 20061025  Sequence: 009670696966
BankNo: 0881  Field4: 0000  ImageStat: PO
TPX: 080208162300009670696966  BOPD: 02100021  CapStat: PO
TranCode: 000042  RouteTran: 58020102  DocType: 1  PO
EntryNum: 5391  ItemType: P

**09-Oct-07**

**09Oct07-291**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 25-OCT-06**

**Sequence number 009600696967**

**Amount 100.00**

**Account Number 726121973**

**Date Request Received 09-OCT-07**

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE O

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

00061014 DDA 802 KA 53906 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

November 01, 2006 through November 30, 2006
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $100.00 |
| Deposits and Additions | 1 | 1,600.00 |
| Other Withdrawals, Fees & Charges | 2 | - 73.43 |
| Ending Balance | 3 | $1,626.57 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | Deposit | $1,600.00 |
| **Total Deposits and Additions** | | **$1,600.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/03 | Service Charges For The Month of October | | $0.28 |
| 11/07 | Check OR Supply Order | PPD | 73.15 |
| **Total Other Withdrawals, Fees & Charges** | | | **$73.43** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/03 | $99.72 |
| 11/07 | 26.57 |
| 11/27 | 1,626.57 |

Page 1 of 4

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ○

November 01, 2006 through November 30, 2006
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement  ➡ $_____ 1,626.57

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____  _____
   _____  _____
   _____  _____
   _____  _____

   Total all deposits and additions  ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

   Total all withdrawals and subtractions  ➡ - $_____

4. This total should match the current balance
   in your checkbook  ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏠 Member FDIC

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

09Oct07-291

## CHASE ⬡

November 01, 2006 through November 30, 2006
Account Number: 000000726121973

### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $0.48 |
| Other Service Charges | $0.00 |
| Total Service Charges | $16.48 |
| Less Earnings Credit | -$0.10 |
| Net Service Charges | $16.38  Will be assessed on 12/5/06 |



### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Deposits / Credits | 1 | 0 | 1 | $0.30 | $0.30 |
| Deposited Items | 1 | 0 | 1 | $0.18 | $0.18 |
| Total Service Charges | | | | | $16.48 |
| Less Earnings Credit | $94 | | | 0.0010680 | -$0.10 |
| Net Service Charges (assessed on 12/5/06) | | | | | $16.38 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be
waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

Page 3 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

CHASE ⍥

November 01, 2006 through November 30, 2006
Account Number: 000000726121973

This Page Intentionally Left Blank

Page 4 of 4

09-Oct-07                                                                09Oct07-291

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G09Oct07-291
#### Sequence number 006370700692  Posting date 27-NOV-06



CHASE

DEPOSIT TICKET
FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

THOMPSON PRICE HOLDING INC.  10-08
130 - 7TH AVE.
NEW YORK, NY  10011

⑆580201028⑆  726121973⑈

024813015865

AcctNum: 000000000726121973  Amount: 000000000160000
Items: 000000000  PostDate: 20061127  Sequence: 006370700692
BankNum: 0802  ABCD39E: 0001  FieId42: 0000  ImageSta: 05
DDK: 08020601  27006370700692  BOFD: 02100021  CapsRC: PO
TranCode: 000044  RouteTrap: 58020102  DocType: 1
EntryNum: 5766  ItemType: D

09-Oct-07                                                           09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 006370700693  Posting date 27-NOV-06



AcctNum: 000000000005016959  Amount: 000000000160000
Xerno: 0000000000 PostDate: 20061127 Sequence: 006370700693
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 080206112700637070069 BOFD: 021000021 CapSRC: PO
TranCode: 009719 RouteTran: 10200433   DocType: 8
EntryNum: 5766 ItemType: F

09-Oct-07                                                                                      09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number   Posting date

## CHASE

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

December 01, 2006 through December 29, 2006
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00051286 DDA 802 XA 00407 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1603



## CHECKING SUMMARY     Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,626.57 |
| Deposits and Additions | 1 | 3,200.00 |
| ATM & Debit Card Withdrawals | 17 | - 4,805.00 |
| Other Withdrawals, Fees & Charges | 1 | - 16.38 |
| Ending Balance | 19 | $5.19 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Deposit | $3,200.00 |
| **Total Deposits and Additions** | | **$3,200.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/07 | ATM Withdrawal        12/07 8515 5th Avenue Brooklyn    , NY Card 6556 | $400.00 |
| 12/11 | Non-Chase ATM Withdraw 12/08 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/11 | Non-Chase ATM Withdraw 12/08 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/11 | Non-Chase ATM Withdraw 12/08 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/11 | Non-Chase ATM Withdraw 12/08 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/11 | Non-Chase ATM Withdraw 12/08 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/11 | Non-Chase ATM Withdraw 12/11 Washington Mutual Brooklyn NY Card 6556 | 201.50 |
| 12/20 | Non-Chase ATM Withdraw 12/20 1220 Avenue J Brooklyn NY Card 6556 | 502.00 |
| 12/20 | Non-Chase ATM Withdraw 12/20 1220 Avenue J Brooklyn NY Card 6556 | 502.00 |
| 12/20 | Non-Chase ATM Withdraw 12/19 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 12/20 | Non-Chase ATM Withdraw 12/19 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 12/22 | Non-Chase ATM Withdraw 12/21 290 Avenue X Brooklyn NY Card 6556 | 801.50 |

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

CHASE ◻

December 01, 2006 through December 29, 2006
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____  5.19

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____     _____
   _____     _____
   _____     _____
   _____     _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   Check Number    Date    Amount

   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____

   Total all withdrawals and subtractions ➡ - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC
FUNDS TRANSFERS: Telephone or write the bank (Consumer
phone # and address on front of statement) and non-consumers
contact Customer Service if you think your statement is wrong, or
if you need more information about a transaction listed on the
statement or receipt. We must hear from you no later than 60
days after we sent you the first statement on which the problem or
error appeared. Be prepared to give us the following information:

   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure
     of, why you believe it is an error, or why you need
     more information

We will investigate your complaint and will correct any error
promptly. If we take more than 10 business days (or 20 business
days for new accounts) to do this, we will credit your account for
the amount you think is in error so that you will have use of the
money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC
TRANSACTIONS: Contact the bank immediately if your statement
is incorrect or if you need more information about any
non-electronic transactions (checks or deposits) on this
statement. If any such error appears, we must hear from you no
later than 30 days after the statement was made available to you.
For more complete details, see the account rules and regulations
that govern your account.

### BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you
think your bill is wrong, or if you need more information about a
transaction on your bill, write us on a separate sheet of paper at
the address listed on the front of your statement as soon as
possible. We must hear from you no later than 60 days after we
sent you the first bill on which the error or problem appeared. You
can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • Describe the error and explain, if you can, why
     you believe there is an error, if you need more
     information, describe the item you are unsure of
   • Your signature and the date

You do not have to pay any amount in question while we are
investigating, but you are still obligated to pay the parts of your bill
that are not in question. While we investigate your question, we
cannot report you as delinquent or take any action to collect the
amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a
problem with the quality of goods or services that you purchased
with a credit card and you have tried in good faith to correct the
problem with the merchant, you may not have to pay the
remaining amount due on the goods or services. You have this
protection only when the purchase price was more than $50 and
the purchase was made in your home state or within 100 miles of
your mailing address. (If we own or operate the merchant, or if
we mailed you the advertisement for the property or services, all
purchases are covered regardless of amount or location of
purchase.)

◻ Member FDIC

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE 🟡

December 01, 2006 through December 29, 2006
Account Number: 000000726121973

### ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/22 | Non-Chase ATM Withdraw 12/22 290 Avenue X Brooklyn NY Card 6556 | 601.50 |
| 12/22 | Non-Chase ATM Withdraw 12/21 290 Avenue X Brooklyn NY Card 6556 | 201.50 |
| 12/22 | Non-Chase ATM Withdraw 12/22 290 Avenue X Brooklyn NY Card 6556 | 101.50 |
| 12/27 | Non-Chase ATM Withdraw 12/27 722 VAN Houten Ave Clifton NJ Card 6556 | 61.50 |
| 12/29 | Non-Chase ATM Withdraw 12/29 290 Avenue X Brooklyn NY Card 6556 | 21.50 |
| | **Total ATM & Debit Card Withdrawals** | **$4,805.00** |

### OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/05 | Service Charges For The Month of November | $16.38 |
| | **Total Other Withdrawals, Fees & Charges** | **$16.38** |

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/05 | $1,610.19 |
| 12/07 | 1,210.19 |
| 12/11 | 1.19 |
| 12/14 | 3,201.19 |
| 12/20 | 1,794.19 |
| 12/22 | 88.19 |
| 12/27 | 26.69 |
| 12/29 | 5.19 |

### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $3.88 |
| Other Service Charges | $39.00 |
| **Total Service Charges** | **$58.88** |
| Less Earnings Credit | -$0.77 |
| **Net Service Charges** | **$58.11** Will be assessed on 1/4/07 |

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Checks Paid / Debits | 17 | 0 | 17 | $0.20 | $3.40 |
| Deposits / Credits | 1 | 0 | 1 | $0.30 | $0.30 |
| Deposited Items | 1 | 0 | 1 | $0.18 | $0.18 |
| ATM - Non Chase Withdrawal | 16 | 0 | 16 | $1.50 | $24.00 |
| ATM - Non Chase Inquiry | 10 | 0 | 10 | $1.50 | $15.00 |
| Total Service Charges | | | | | $58.88 |
| Less Earnings Credit | $754 | | | 0.0010324 | -$0.77 |
| Net Service Charges (assessed on 1/4/07) | | | | | $58.11 |

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291



CHASE

December 01, 2006 through December 29, 2006
Account Number: 000000726121973

\* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be
waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

09-Oct-07                                                                              09Oct07-291

## THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G09Oct07-291
Sequence number 005070678310  Posting date 14-DEC-06



09-Oct-07                                                              09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 005070678311  Posting date 14-DEC-06



GBA/DELMAR                                                              1832

BARDSTOWN, KY 40004-1743

DATE _12/13/2006_                                      73-596/879

PAY TO THE ORDER OF _Thompson Price Holdings, Inc._                  | $ 3200.00

_Three Thousand two hundred and 00/100_ _____ DOLLARS

Farmers Bank & Trust Co.
Bardstown, Kentucky 40004                              GBA/DELMAR

FOR _20,000 XRF Scientific LTD - Eugene Dursan_

⑆2060⑆:                          349.91⑈

924610518360

AcctNum: 00000000000253499  Amount: 000000000320000
Xfrrm: 0000001832  PostDate: 20061214  Sequence: 005070678311
BankNum: 0804-2986  RtNum: 678311  Field4: 0000 ImageStat: 05
UDR: 0802062122  Field1: 02 0100021  CapSeq: FO
TranCode: 600000  RouteTran: 08396204  DocType: B
EntryNum: 4645  ItemType: P

09-Oct-07                                                                                                09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ⭘

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

December 30, 2006 through January 31, 2007
Account Number: 000000728121973

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00061228 DDA 802 KA 03407 - NNN T  1  000000000  D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803



---

### CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| Beginning Balance | | $5.19 |
| Deposits and Additions | 2 | 7,200.00 |
| ATM & Debit Card Withdrawals | 25 | - 7,138.25 |
| Other Withdrawals, Fees & Charges | 1 | - 58.11 |
| Ending Balance | 28 | $8.83 |

---

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 01/04 | Deposit | $4,800.00 |
| 01/16 | Deposit | 2,400.00 |
| **Total Deposits and Additions** | | **$7,200.00** |

---

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 01/08 | Non-Chase ATM Withdraw 01/07 1220 Avenue J Brooklyn NY Card 6556 | $42.00 |
| 01/10 | Non-Chase ATM Withdraw 01/09 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/11 | Non-Chase ATM Withdraw 01/10 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/11 | Non-Chase ATM Withdraw 01/10 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/11 | Non-Chase ATM Withdraw 01/10 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/12 | Non-Chase ATM Withdraw 01/11 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/12 | Non-Chase ATM Withdraw 01/11 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/12 | Non-Chase ATM Withdraw 01/11 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/16 | Non-Chase ATM Withdraw 01/12 290 Avenue X Brooklyn NY Card 6556 | 801.50 |
| 01/16 | Non-Chase ATM Withdraw 01/14 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/16 | Non-Chase ATM Withdraw 01/14 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ○

December 30, 2006 through January 31, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions
reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____ 8.83

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____ _____
   _____ _____
   _____ _____
   _____ _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions ➡ - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC
FUNDS TRANSFERS: Telephone or write the bank (Consumer
phone # and address on front of statement) and non-consumers
contact Customer Service if you think your statement is wrong, or
if you need more information about a transaction listed on the
statement or receipt. We must hear from you no later than 60
days after we sent you the first statement on which the problem or
error appeared. Be prepared to give us the following information:

  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure
    of, why you believe it is an error, or why you need
    more information

We will investigate your complaint and will correct any error
promptly. If we take more than 10 business days (or 20 business
days for new accounts) to do this, we will credit your account for
the amount you think is in error so that you will have use of the
money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC
TRANSACTIONS: Contact the bank immediately if your statement
is incorrect or if you need more information about any
non-electronic transactions (checks or deposits) on the
statement. If any such error appears, we must hear from you no
later than 30 days after the statement was made available to you.
For more complete details, see the account rules and regulations
that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you
think your bill is wrong, or if you need more information about a
transaction on your bill, write us on a separate sheet of paper at
the address listed on the front of your statement as soon as
possible. We must hear from you no later than 60 days after we
sent you the first bill on which the error or problem appeared. You
can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • Describe the error and explain, if you can, why
    you believe there is an error, if you need more
    information, describe the item you are unsure of
  • Your signature and the date

You do not have to pay any amount in question while we are
investigating, but you are still obligated to pay the parts of your bill
that are not in question. While we investigate your question, we
cannot report you as delinquent or take any action to collect the
amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a
problem with the quality of goods or services that you purchased
with a credit card and you have tried in good faith to correct the
problem with the merchant, you may not have to pay the
remaining amount due on the goods or services. You have this
protection only when the purchase price was more than $50 and
the purchase was made in your home state or within 100 miles of
your mailing address. (If we own or operate the merchant, or if
we mailed you the advertisement for the property or services, all
purchases are covered regardless of amount or location of
purchase.)

Member FDIC

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE ◖

December 30, 2006 through January 31, 2007
Account Number: 000000726121973

### ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/16 | Non-Chase ATM Withdraw 01/12 290 Avenue X Brooklyn NY Card 6556 | 201.50 |
| 01/16 | Non-Chase ATM Withdraw 01/14 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/16 | Non-Chase ATM Withdraw 01/16 290 Avenue X Brooklyn NY Card 6556 | 201.50 |
| 01/16 | Non-Chase ATM Withdraw 01/16 290 Avenue X Brooklyn NY Card 6556 | 201.50 |
| 01/16 | Non-Chase ATM Withdraw 01/16 290 Avenue X Brooklyn NY Card 6556 | 81.50 |
| 01/18 | Non-Chase ATM Withdraw 01/17 908 VAN Houten Ave Clifton NJ Card 6556 | 101.50 |
| 01/19 | Non-Chase ATM Withdraw 01/19 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/19 | Non-Chase ATM Withdraw 01/19 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/19 | Non-Chase ATM Withdraw 01/19 722 VAN Houten Ave Clifton NJ Card 6556 | 201.75 |
| 01/22 | Non-Chase ATM Withdraw 01/21 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/22 | Non-Chase ATM Withdraw 01/21 908 VAN Houten Ave Clifton NJ Card 6556 | 401.50 |
| 01/22 | Non-Chase ATM Withdraw 01/21 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/22 | Non-Chase ATM Withdraw 01/22 908 VAN Houten Ave Clifton NJ Card 6556 | 201.50 |
| 01/24 | Non-Chase ATM Withdraw 01/24 908 VAN Houten Ave Clifton NJ Card 6556 | 81.50 |
| **Total ATM & Debit Card Withdrawals** | | **$7,138.25** |

### OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | Service Charges For The Month of December | $58.11 |
| **Total Other Withdrawals, Fees & Charges** | | **$58.11** |

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/04 | $4,747.08 |
| 01/08 | 4,705.08 |
| 01/10 | 4,503.58 |
| 01/11 | 3,499.08 |
| 01/12 | 2,494.58 |
| 01/16 | 2,402.58 |
| 01/18 | 2,301.08 |
| 01/19 | 1,296.33 |
| 01/22 | 90.33 |
| 01/24 | 8.83 |

### SERVICE CHARGE SUMMARY

| | |
|------|--------|
| Maintenance Fees | $16.00 |
| Transaction Fees | $5.96 |
| Other Service Charges | $42.12 |
| **Total Service Charges** | **$84.08** |
| Less Earnings Credit | -$0.95 |
| **Net Service Charges** | **$63.13** Will be assessed on 2/5/07 |

Page 3 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ◯

December 30, 2006 through January 31, 2007
Account Number: 000000726121973

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Checks Paid / Debits | 25 | 0 | 25 | $0.20 | $5.00 |
| Deposits / Credits | 2 | 0 | 2 | $0.30 | $0.60 |
| Deposited Items | 2 | 0 | 2 | $0.18 | $0.36 |
| ATM - Non Chase Withdrawal | 25 | 0 | 25 | $1.50 | $37.50 |
| ATM - Non Chase Inquiry | 3 | 0 | 3 | $1.50 | $4.50 |
| Negative Collected Balance Fee | 1 | 0 | 1 | $0.12 | $0.12 |
| Total Service Charges | | | | | $64.08 |
| Less Earnings Credit | $813 | | | 0.0011748 | -$0.95 |
| Net Service Charges (assessed on 2/5/07) | | | | | $63.13 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

09-Oct-07

09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
**Sequence number 006370262314  Posting date 04-JAN-07**



09-Oct-07

09Oct07-291

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G09Oct07-291
Sequence number 006370262315  Posting date 04-JAN-07



AcctNum: 000000000176024834  Amount: 000000000480000
Xerno: 0000000000 PostDate: 20070104 Sequence: 006370262315
BankNum: 0802 AppCode: 0090 Fiel44: 0000 ImageStat: 05
UDK: 08020701040006370262315 BOFD: 021000021 CapSRC: PO
TranCode: 003635 RouteTran: 12300680  DocType: B
EntryNum: 5833 ItemType: P

09-Oct-07                                                                09Oct07-291

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G09Oct07-291
Sequence number 005970454251  Posting date 16-JAN-07



09-Oct-07                                                                                      09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 005970454252  Posting date 16-JAN-07



09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

# CHASE ○

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

February 01, 2007 through February 28, 2007
Account Number: 000000728121973

## CUSTOMER SERVICE INFORMATION

| WebSite: | www.Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00049766 DDA 802 LA 05207 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803



### BANKING INDUSTRY CHANGES ARE AFFECTING
### HOW CHECKS YOU WRITE APPEAR ON STATEMENTS

If checks or check images seem to be missing from your statement, one of two things is likely to have happened:

**Images of checks you've written were sent to Chase and the original paper checks were kept by another bank.**
- Check images can be viewed on Chase.com or on Image Statements.
- These checks will appear in the Checks Paid section of your statement.
- If you get checks back with your statement, you will receive fewer and fewer checks back each month.

**Checks you've written were converted to electronic transactions before being sent to Chase.**
- Many utilities, credit card providers, and lenders have already been converting checks you've written into electronic transactions.
- Beginning in March 2007, grocery, discount, and department stores may begin converting checks you've written into electronic transactions as well.
- These checks will appear on your statement with other electronic transactions and will display the check number and payee name in the description.
- Chase cannot return checks that have been converted to electronic transactions and check images aren't available to be displayed on Chase.com or on Image Statements.

**Other helpful tips:**
- If you get checks back in your statement, switch to Image Statements
- Use Chase.com to review your balances, transactions, check images and past statements
- Pay with your Chase debit card instead of checks
- Order Duplicate Checks to keep a personal copy of each check you write
- Save money on your monthly service fee by letting Chase keep available checks and images
- If you have questions, talk to a Chase banker or call the customer service number on your statement

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

# CHASE ⬡

February 01, 2007 through February 28, 2007
Account Number: 000000728121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement  ➡ $_____      **31,823.70**

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____   _____
   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions  ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions  ➡ - $_____

4. This total should match the current balance
   in your checkbook  ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

⌂ Member FDIC

Page 2 of 6

09-Oct-07                                                                                        09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

CHASE ◘                                        February 01, 2007 through February 28, 2007
                                               Account Number: 000000726121973

## CHECKING SUMMARY   Chase BusinessCustom Checking

|                                 | INSTANCES | AMOUNT        |
|---------------------------------|-----------|---------------|
| Beginning Balance               |           | $8.83         |
| Deposits and Additions          | 3         | 61,940.00     |
| Checks Paid                     | 1         | - 8,000.00    |
| ATM & Debit Card Withdrawals    | 44        | - 22,062.00   |
| Other Withdrawals, Fees & Charges | 1       | - 63.13       |
| Ending Balance                  | 49        | $31,823.70    |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION                  | AMOUNT      |
|-------|------------------------------|-------------|
| 02/02 | Deposit                      | $28,920.00  |
| 02/13 | Deposit                      | 6,500.00    |
| 02/27 | Deposit                      | 26,520.00   |
| **Total Deposits and Additions** |          | **$61,940.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT      |
|--------------|-----------|-------------|
| 1001         | 02/07     | $8,000.00   |
| **Total Checks Paid** |       | **$8,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE  | DESCRIPTION                                                              | AMOUNT   |
|-------|-------------------------------------------------------------------------|----------|
| 02/07 | ATM Withdrawal           02/07 1722 Avenue U Brooklyn   , NY Card 6556   | $600.00  |
| 02/07 | ATM Withdrawal           02/07 1722 Avenue U Brooklyn   , NY Card 6556   | 400.00   |
| 02/08 | Non-Chase ATM Withdraw 02/08 290 Avenue X Brooklyn NY Card 6556          | 501.50   |
| 02/08 | Non-Chase ATM Withdraw 02/08 290 Avenue X Brooklyn NY Card 6556          | 501.50   |
| 02/09 | Non-Chase ATM Withdraw 02/09 290 Ave X@ West 2N Brooklyn NY Card 6556    | 501.50   |
| 02/09 | Non-Chase ATM Withdraw 02/09 290 Ave X@ West 2N Brooklyn NY Card 6556    | 501.50   |
| 02/12 | Non-Chase ATM Withdraw 02/11 2560 Ocean Avenue Brooklyn NY Card 6556     | 601.50   |
| 02/12 | ATM Withdrawal           02/10 1722 Avenue U Brooklyn   , NY Card 6556   | 600.00   |
| 02/12 | ATM Withdrawal           02/12 2730 Coney Island Ave Brooklyn NY Card 6556 | 600.00 |
| 02/12 | Non-Chase ATM Withdraw 02/11 2560 Ocean Avenue Brooklyn NY Card 6556     | 401.50   |
| 02/12 | ATM Withdrawal           02/10 1722 Avenue U Brooklyn   , NY Card 6556   | 400.00   |
| 02/12 | ATM Withdrawal           02/12 2730 Coney Island Ave Brooklyn NY Card 6556 | 400.00 |
| 02/13 | Non-Chase ATM Withdraw 02/13 7415 Fifth Avenue Brooklyn NY Card 6556     | 502.00   |
| 02/13 | Non-Chase ATM Withdraw 02/13 7415 Fifth Avenue Brooklyn NY Card 6556     | 502.00   |
| 02/14 | Non-Chase ATM Withdraw 02/14 2560 Ocean Avenue Brooklyn NY Card 6556     | 601.50   |
| 02/14 | Non-Chase ATM Withdraw 02/14 2560 Ocean Avenue Brooklyn NY Card 6556     | 401.50   |
| 02/15 | Non-Chase ATM Withdraw 02/15 1702 Avenue U Brooklyn NY Card 6556         | 501.75   |
| 02/15 | Non-Chase ATM Withdraw 02/15 1702 Avenue U Brooklyn NY Card 6556         | 501.75   |
| 02/20 | Non-Chase ATM Withdraw 02/16 2700 Coney Island Ave Brooklyn NY Card 6556 | 502.00   |
| 02/20 | Non-Chase ATM Withdraw 02/16 2700 Coney Island Ave Brooklyn NY Card 6556 | 502.00   |



Page 3 of 6

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

**CHASE ◘**

February 01, 2007 through February 28, 2007
Account Number: 000000726121973

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/20 | Non-Chase ATM Withdraw 02/18 101 Church Avenue - #1 Brooklyn NY Card 6556 | 502.00 |
| 02/20 | Non-Chase ATM Withdraw 02/18 101 Church Avenue - #1 Brooklyn NY Card 6556 | 502.00 |
| 02/20 | Non-Chase ATM Withdraw 02/17 301 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 02/20 | Non-Chase ATM Withdraw 02/17 301 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 02/20 | Non-Chase ATM Withdraw 02/20 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 02/20 | Non-Chase ATM Withdraw 02/20 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 02/20 | Non-Chase ATM Withdraw 02/19 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/20 | Non-Chase ATM Withdraw 02/19 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/21 | Non-Chase ATM Withdraw 02/21 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/21 | Non-Chase ATM Withdraw 02/21 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/23 | Non-Chase ATM Withdraw 02/22 101 Church Avenue - #2 Brooklyn NY Card 6556 | 502.00 |
| 02/23 | Non-Chase ATM Withdraw 02/22 101 Church Avenue - #2 Brooklyn NY Card 6556 | 502.00 |
| 02/23 | Non-Chase ATM Withdraw 02/23 481 Kings Highway Brooklyn NY Card 6556 | 501.75 |
| 02/23 | Non-Chase ATM Withdraw 02/23 481 Kings Highway Brooklyn NY Card 6556 | 501.75 |
| 02/26 | Non-Chase ATM Withdraw 02/24 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| 02/26 | Non-Chase ATM Withdraw 02/24 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| 02/26 | Non-Chase ATM Withdraw 02/26 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/26 | Non-Chase ATM Withdraw 02/26 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 02/26 | ATM Withdrawal        02/25 38-18 Broadway L.I. City NY Card 6556 | 500.00 |
| 02/26 | ATM Withdrawal        02/25 38-18 Broadway L.I. City NY Card 6556 | 500.00 |
| 02/27 | Non-Chase ATM Withdraw 02/27 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 02/27 | Non-Chase ATM Withdraw 02/27 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 02/28 | Non-Chase ATM Withdraw 02/28 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| 02/28 | Non-Chase ATM Withdraw 02/28 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| **Total ATM & Debit Card Withdrawals** | | **$22,062.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/05 | Service Charges For The Month of January | $63.13 |
| **Total Other Withdrawals, Fees & Charges** | | **$63.13** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 02/02 | $26,926.83 | 02/12 | 14,856.70 |
| 02/06 | 28,865.70 | 02/13 | 20,352.70 |
| 02/07 | 19,865.70 | 02/14 | 19,349.70 |
| 02/08 | 18,862.70 | 02/15 | 18,346.20 |
| 02/09 | 17,859.70 | 02/20 | 13,328.20 |

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE 🅾

February 01, 2007 through February 28, 2007
Account Number: 000000726121973

### DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 02/21 | 12,325.20 | 02/27 | 32,827.20 |
| 02/23 | 10,317.70 | 02/28 | 31,823.70 |
| 02/26 | 7,311.20 | | |



### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $10.80 |
| Other Service Charges | $57.03 |
| Total Service Charges | $83.83 |
| Less Earnings Credit | -$10.93 |
| Net Service Charges | $72.90  Will be assessed on 3/5/07 |

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Negative Collected Balance Fee | 1 | 0 | 1 | $0.03 | $0.03 |
| Deposits / Credits | 3 | 0 | 3 | $0.30 | $0.90 |
| Checks Paid / Debits | 45 | 0 | 45 | $0.20 | $9.00 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Deposited Items | 5 | 0 | 5 | $0.18 | $0.90 |
| ATM - Non Chase Withdrawal | 36 | 0 | 36 | $1.50 | $54.00 |
| ATM - Non Chase Inquiry | 2 | 0 | 2 | $1.50 | $3.00 |
| Total Service Charges | | | | | $83.83 |
| Less Earnings Credit | $10,963 | | | 0.0009968 | -$10.93 |
| Net Service Charges (assessed on 3/5/07) | | | | | $72.90 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

CHASE ⬡

February 01, 2007 through February 28, 2007
Account Number: 000000726121973

This Page Intentionally Left Blank

09-Oct-07                                                    09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 006370623217  Posting date 02-FEB-07



THOMPSON PRICE HOLDING INC.
130 - 7TH AVE.
NEW YORK, NY 10011

⑆580201028⑆  726121973⑈

09-Oct-07                                                                09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
**Sequence number 006370623218  Posting date 02-FEB-07**

WILBUR F. LITTLEFIELD                          90-6186/1211          1483
                                               863490842
VAN NUYS, CA  91406-2103                  DATE _31 JAN 07_

PAY TO THE
ORDER OF _Thomson Reuters Holdings, Inc._  | $ 2,400

_Two Thousand Four Hundred and_                        DOLLARS

WORLD SAVINGS®
9036 Reseda Boulevard
Northridge, California 91324
www.worldsavings.com

MEMO

⑈1483 ⑈           0542⑈

AcctNum: 000000000693490542  Amount: 000000000240000
Xerno: 0000000000 PostDate: 20070202 Sequence: 006370623218
BankNum: 0802 AppCode: 0090 Field4: 1483 ImageStat: 05
UDK: 08020702002006370623218 BOFD: 021000021 CapSRC: PO
TranCode: 000000 RouteTran: 12118186   DocType: 8
EntryNum: 4748 ItemType: P

09-Oct-07                                                                    09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 006370623219  Posting date 02-FEB-07

LEO BRUSS
DOROTHY DALE BRUSS
BEAVERTON, OR 97008

3670

24-680/1290 3232
0178024834

1-31-07
DATE

PAY TO THE ORDER OF  Thompson Price Holdings Inc        $ 26520 00

Twenty Six Thousand Five Hundred Twenty and 00/100    DOLLARS

Wells Fargo Bank, N.A.
Oregon
wellsfargo.com

Valued
Customer
Since 1963

FOR  Cyclopharm Group Ltd Stock

⁙4834⁙ 03670

924610331361

AcctNum: 00000000176024834  Amount: 000000002652000
Xerno: 0000000000 PostDate: 20070202 Sequence: 006370623219
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 080207020200637062321  BOFD: 021000021 CapSRC: PO
TranCode: 003670 RouteTran: 12300680    DocType: B
EntryNum: 4748 ItemType: P

09-Oct-07                                                        09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 009670788369  Posting date 13-FEB-07



THOMPSON PRICE HOLDING INC.    10-00
130 - 7TH AVE.
NEW YORK, NY 10011

⑈580201028⑈    726121973⑈

$ 6,500.00

AcctNum: 00000000726121973 Amount: 00000000650000
Items: 00000000 PostDate: 20070213 Sequence: 009670788369
BankNum: 0902 BankSeq: 0001 FieldA: 0000 ImageStat: 00
DDA: 0902 Seq: 009670788369 Seq2: 02100002A CaspC: 00
Trancode: 000043 RouteTran: 59020102    DocType: 1
EntryNum: 8295 ItemType: D

09-Oct-07                                                    09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number 009670788370 Posting date 13-FEB-07



AcctNum: 000000000500013497  Amount: 000000000240000
Xerno: 0000000000 PostDate: 20070213 Sequence: 009670788370
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 0802070213009670788370 BOFD: 021000021 CapSRC: PO
TranCode: 001922 RouteTran: 07192390    DocType: B
EntryNum: 5295 ItemType: P

09-Oct-07                                                          09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number 009670788371  Posting date 13-FEB-07



AcctNum: 000000000005016959 Amount: 000000000410000
Xerno: 0000000000 PostDate: 20070213 Sequence: 009670788371
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 080207021300967078837l BOFD: 021000021 CapSRC: PO
TranCode: 009722 RouteTran: 10200433    DocType: 8
EntryNum: 5295 ItemType: P

09-Oct-07                                                    09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
**Sequence number 006270724971  Posting date 27-FEB-07**



THOMPSON PRICE HOLDING INC.    10-08
130 - 7TH AVE.
NEW YORK, NY 10011

⑈580 20 10 28⑈    7 26 1 21973⑈'

$26520.00

09-Oct-07                                                              09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number 006270724972  Posting date 27-FEB-07



AcctNum: 000000000176024834  Amount: 000000002652000
Xerno: 0000000000 PostDate: 20070227 Sequence: 006270724972
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 08020702270062707249772 BOFD: 021000021 CapSRC: PO
TranCode: 003683 RouteTran: 12300680  DocType: 8
EntryNum: 5918 ItemType: P

09-Oct-07                                                                    09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 005870603160  Posting date 07-FEB-07



Check:

1001

THOMPSON PRICE HOLDING INC.  10-06
130 - 7TH AVE.
NEW YORK, NY 10011

PAY TO THE ORDER OF __Demir Ludovic__      DATE _1/5/07_      $ *8000*

__Eight Thousand__ _00_                                DOLLARS

CHASE

⑆00100⑆ ⑆021000021⑆     726121973⑈

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE 〇

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

00060588 DDA 802 KA 09407 - NYN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

March 01, 2007 through March 30, 2007
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $31,823.70 |
| Checks Paid | 1 | - 8,500.00 |
| ATM & Debit Card Withdrawals | 46 | - 23,070.50 |
| Other Withdrawals, Fees & Charges | 1 | - 72.90 |
| Ending Balance | 48 | $180.30 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1002 | 03/13 | $8,500.00 |
| Total Checks Paid | | $8,500.00 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Non-Chase ATM Withdraw 03/01 987 Fourth Ave #1 Brooklyn NY Card 6556 | $502.00 |
| 03/01 | Non-Chase ATM Withdraw 03/01 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/02 | Non-Chase ATM Withdraw 03/02 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/02 | Non-Chase ATM Withdraw 03/02 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/05 | Non-Chase ATM Withdraw 03/03 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| 03/05 | Non-Chase ATM Withdraw 03/03 3098 Steinway St Astoria NY Card 6556 | 501.75 |
| 03/05 | Non-Chase ATM Withdraw 03/04 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/05 | Non-Chase ATM Withdraw 03/04 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/05 | Non-Chase ATM Withdraw 03/05 2560 Ocean Avenue Brooklyn NY Card 6556 | 501.50 |
| 03/05 | Non-Chase ATM Withdraw 03/05 2560 Ocean Avenue Brooklyn NY Card 6556 | 501.50 |
| 03/06 | ATM Withdrawal    03/06 1722 Avenue U Brooklyn    , NY Card 6556 | 600.00 |
| 03/06 | ATM Withdrawal    03/06 1722 Avenue U Brooklyn    , NY Card 6556 | 400.00 |

Page 1 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

**CHASE ◘**

March 01, 2007 through March 30, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions
reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____ 180.30

2. List all deposits and other additions
   (such as transfers) and add the total to the ending balance.
   and add the total to the ending balance.

   _____     _____
   _____     _____
   _____     _____
   _____     _____
   _____     _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   Check Number    Date    Amount

   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____

   Total all withdrawals and subtractions - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

**BILLING RIGHTS SUMMARY**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

Member FDIC

Page 2 of 4

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date



March 01, 2007 through March 30, 2007
Account Number: 000000726121973

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/07 | Non-Chase ATM Withdraw 03/07 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/07 | Non-Chase ATM Withdraw 03/07 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/08 | Non-Chase ATM Withdraw 03/08 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/08 | Non-Chase ATM Withdraw 03/08 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/12 | Non-Chase ATM Withdraw 03/10 31-90 Steinway St #2 Astoria NY Card 6556 | 502.00 |
| 03/12 | Non-Chase ATM Withdraw 03/10 31-90 Steinway St #2 Astoria NY Card 6556 | 502.00 |
| 03/12 | Non-Chase ATM Withdraw 03/12 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/12 | Non-Chase ATM Withdraw 03/12 987 Fourth Ave #1 Brooklyn NY Card 6556 | 502.00 |
| 03/12 | Non-Chase ATM Withdraw 03/09 301 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/12 | Non-Chase ATM Withdraw 03/09 301 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 03/12 | Non-Chase ATM Withdraw 03/11 3090 Ocean Ave Brooklyn NY Card 6556 | 501.75 |
| 03/12 | Non-Chase ATM Withdraw 03/11 3090 Ocean Ave Brooklyn NY Card 6556 . | 501.75 |
| 03/13 | Non-Chase ATM Withdraw 03/13 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/13 | Non-Chase ATM Withdraw 03/13 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/15 | ATM Withdrawal          03/14 1722 Avenue U Brooklyn   , NY Card 6556 | 500.00 |
| 03/15 | ATM Withdrawal          03/14 1722 Avenue U Brooklyn   , NY Card 6556 | 500.00 |
| 03/16 | Non-Chase ATM Withdraw 03/15 3090 Ocean Ave Brooklyn NY Card 6556 | 501.75 |
| 03/16 | Non-Chase ATM Withdraw 03/15 3090 Ocean Ave Brooklyn NY Card 6556 | 501.75 |
| 03/16 | Non-Chase ATM Withdraw 03/16 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/16 | Non-Chase ATM Withdraw 03/16 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/19 | Non-Chase ATM Withdraw 03/17 *36th Ave Banking Ce Long Island NY Card 6556 | 502.00 |
| 03/19 | Non-Chase ATM Withdraw 03/17 *36th Ave Banking Ce Long Island NY Card 6556 | 502.00 |
| 03/19 | Non-Chase ATM Withdraw 03/18 101 Church Avenue - #1 Brooklyn NY Card 6556 | 502.00 |
| 03/19 | Non-Chase ATM Withdraw 03/18 101 Church Avenue - #1 Brooklyn NY Card 6556 | 502.00 |
| 03/19 | Non-Chase ATM Withdraw 03/19 7102 3Rd Ave Brooklyn NY Card 6556 | 501.50 |
| 03/19 | Non-Chase ATM Withdraw 03/19 7102 3Rd Ave Brooklyn NY Card 6556 | 501.50 |
| 03/20 | Non-Chase ATM Withdraw 03/20 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 03/20 | Non-Chase ATM Withdraw 03/20 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 03/21 | Non-Chase ATM Withdraw 03/21 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/21 | Non-Chase ATM Withdraw 03/21 290 Avenue X Brooklyn NY Card 6556 | 501.50 |
| 03/23 | Non-Chase ATM Withdraw 03/22 30-18 Steinway #2 Astoria NY Card 6556 | 501.25 |
| 03/23 | Non-Chase ATM Withdraw 03/22 30-18 Steinway #2 Astoria NY Card 6556 | 501.25 |
| 03/26 | ATM Withdrawal          03/23 1722 Avenue U Brooklyn   , NY Card 6556 | 500.00 |
| 03/26 | ATM Withdrawal          03/23 1722 Avenue U Brooklyn   , NY Card 6556 | 500.00 |
| | **Total ATM & Debit Card Withdrawals** | **$23,070.50** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/05 | Service Charges For The Month of February | $72.90 |
| | **Total Other Withdrawals, Fees & Charges** | **$72.90** |

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

**CHASE O**

March 01, 2007 through March 30, 2007
Account Number: 000000726121973

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 03/01 | $30,819.70 | 03/15 | 9,207.30 |
| 03/02 | 29,816.20 | 03/16 | 7,200.80 |
| 03/05 | 26,733.30 | 03/19 | 4,189.80 |
| 03/06 | 25,733.30 | 03/20 | 3,185.80 |
| 03/07 | 24,729.30 | 03/21 | 2,182.80 |
| 03/08 | 23,725.30 | 03/23 | 1,180.30 |
| 03/12 | 19,710.30 | 03/26 | 180.30 |
| 03/13 | 10,207.30 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $9.40 |
| Other Service Charges | $61.50 |
| Total Service Charges | $86.90 |
| Less Earnings Credit | -$12.57 |
| Net Service Charges | $74.33  Will be assessed on 4/4/07 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Checks Paid / Debits | 47 | 0 | 47 | $0.20 | $9.40 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| ATM - Non Chase Withdrawal | 40 | 0 | 40 | $1.50 | $60.00 |
| ATM - Non Chase Inquiry | 1 | 0 | 1 | $1.50 | $1.50 |
| Total Service Charges | | | | | $86.90 |
| Less Earnings Credit | $11,765 | | | 0.0010680 | -$12.57 |
| Net Service Charges (assessed on 4/4/07) | | | | | $74.33 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be
waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

09-Oct-07

09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 005870749413  Posting date 13-MAR-07



09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE 🪨

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

00060056 DDA 802 KA 12307 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

March 31, 2007 through April 30, 2007
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



EFFECTIVE JULY 1, 2007, YOUR ACCOUNT RULES AND REGULATIONS WILL
REFLECT INCREASES TO SEVERAL FEES INCLUDING; STOP PAYMENTS TO
$32; FOREIGN INCOMING WIRE TRANSFERS TO $15. PLEASE SEE THE END
OF YOUR STATEMENT FOR THE COMPLETE LISTING OF THESE CHANGES.

## CHECKING SUMMARY   Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $180.30 |
| ATM & Debit Card Withdrawals | 1 | - 101.75 |
| Other Withdrawals, Fees & Charges | 1 | - 74.33 |
| Ending Balance | 2 | $4.22 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06 | Non-Chase ATM Withdraw 04/05 3090 Ocean Ave Brooklyn NY Card 6556 | $101.75 |
| | Total ATM & Debit Card Withdrawals | $101.75 |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Service Charges For The Month of March | $74.33 |
| | Total Other Withdrawals, Fees & Charges | $74.33 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/04 | $105.97 |
| 04/06 | 4.22 |

Page 1 of 4

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ○

March 31, 2007 through April 30, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____ 4.22

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____  _____
   _____  _____
   _____  _____
   _____  _____
   _____  _____

   Total all deposits and additions ➡ $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions ➡ - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
• Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

Member FDIC

09-Oct-07                                                                    09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

**CHASE ⬡**

March 31, 2007 through April 30, 2007
Account Number: 000000728121973

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $0.20 |
| Other Service Charges | $3.00 |
| **Total Service Charges** | **$19.20** |
| Less Earnings Credit | -$0.03 |
| Net Service Charges | $19.17  Will be assessed on 5/3/07 |



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Checks Paid / Debits | 1 | 0 | 1 | $0.20 | $0.20 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| ATM - Non Chase Withdrawal | 1 | 0 | 1 | $1.50 | $1.50 |
| ATM - Non Chase Inquiry | 1 | 0 | 1 | $1.50 | $1.50 |
| **Total Service Charges** | | | | | $19.20 |
| Less Earnings Credit | $33 | | | 0.0011036 | -$0.03 |
| Net Service Charges (assessed on 5/3/07) | | | | | $19.17 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

Page 3 of 4

09-Oct-07                                                                          09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

**CHASE** ⭘

March 31, 2007 through April 30, 2007
Account Number: 000000726121973

EFFECTIVE JULY 1, 2007, YOUR ACCOUNT RULES AND REGULATIONS WILL
REFLECT THE FOLLOWING CHANGES. PLEASE CALL THE NUMBER ON YOUR
STATEMENT IF THERE ARE ANY QUESTIONS. STOP PYAMENT ($32.00 PER
ITEM). THIS CHARGE IS WAIVED FOR CHASE PREMIER PLATINUM
CHECKING AND PRIVATE CLIENT ASSET MANAGEMENT ACCOUNTS.

ARE YOU PLANNING TO TRAVEL ABROAD?
REMEMBER, YOUR VISA® CHECK CARD OR CHASE ATM CARD IS AFFILIATED
WITH THE VISA® AND PLUS® NETWORKS. TO FIND VISA/PLUS ATMS IN THE
COUNTRY YOU'RE TRAVELING TO, JUST VISIT VISA.COM. IF YOU HAVE A
CONTINENTAL BANKING CARD, LOOK FOR THE CIRRUS SYMBOL.

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE ⬤

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

|..||||..||...||...|||..||.||...|||..|||.|...||.|||
00048658 DDA 802 KA  15607 - NNN T  1  000000000  D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

May 01, 2007 through May 31, 2007
Account Number: 000000728121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4.22 |
| Deposits and Additions | 1 | 19,000.00 |
| ATM & Debit Card Withdrawals | 40 | - 18,966.00 |
| Other Withdrawals, Fees & Charges | 1 | - 19.17 |
| Ending Balance | 42 | $19.05 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Deposit     152057289 | $19,000.00 |
| **Total Deposits and Additions** | | **$19,000.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | Non-Chase ATM Withdraw  05/07 179 Avenue U Brooklyn NY Card 6556 | $501.75 |
| 05/07 | Non-Chase ATM Withdraw  05/07 179 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 05/08 | Non-Chase ATM Withdraw  05/08 179 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 05/08 | Non-Chase ATM Withdraw  05/08 179 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 05/09 | Non-Chase ATM Withdraw  05/09 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 05/09 | Non-Chase ATM Withdraw  05/09 1702 Avenue U Brooklyn NY Card 6556 | 501.75 |
| 05/10 | Non-Chase ATM Withdraw  05/10 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 05/10 | Non-Chase ATM Withdraw  05/10 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 05/14 | Non-Chase ATM Withdraw  05/12 443 Franklin Ave. Hartford CT Card 6556 | 502.00 |
| 05/14 | Non-Chase ATM Withdraw  05/12 443 Franklin Ave. Hartford CT Card 6556 | 502.00 |
| 05/14 | Non-Chase ATM Withdraw  05/13 481 Kings Highway Brooklyn NY Card 6556 | 501.75 |
| 05/14 | Non-Chase ATM Withdraw  05/13 481 Kings Highway Brooklyn NY Card 6556 | 501.75 |

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE ⬡

May 01, 2007 through May 31, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____    19.05

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

### BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error, if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏠 Member FDIC.

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

CHASE ❖

May 01, 2007 through May 31, 2007
Account Number: 000007261921973

## ATM & DEBIT CARD WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/14 | Non-Chase ATM Withdraw 05/14 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/14 | Non-Chase ATM Withdraw 05/14 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/14 | ATM Withdrawal         05/11 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/14 | ATM Withdrawal         05/11 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/15 | Non-Chase ATM Withdraw 05/15 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 05/15 | Non-Chase ATM Withdraw 05/15 987 Fourth Ave #2 Brooklyn NY Card 6556 | 502.00 |
| 05/16 | Non-Chase ATM Withdraw 05/16 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/16 | Non-Chase ATM Withdraw 05/16 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/17 | Non-Chase ATM Withdraw 05/17 3448 Steinway Stre Long Island C NY Card 6556 | 126.00 |
| 05/17 | Non-Chase ATM Withdraw 05/17 3448 Steinway Stre Long Island C NY Card 6556 | 126.00 |
| 05/18 | Non-Chase ATM Withdraw 05/17 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/18 | ATM Withdrawal         05/18 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/18 | ATM Withdrawal         05/18 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/21 | Non-Chase ATM Withdraw 05/19 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/21 | Non-Chase ATM Withdraw 05/19 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/21 | ATM Withdrawal         05/20 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/21 | ATM Withdrawal         05/20 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/21 | ATM Withdrawal         05/21 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/21 | ATM Withdrawal         05/21 1722 Avenue U Brooklyn    , NY Card 6556 | 500.00 |
| 05/22 | Non-Chase ATM Withdraw 05/22 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/22 | Non-Chase ATM Withdraw 05/22 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/23 | Non-Chase ATM Withdraw 05/23 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/23 | Non-Chase ATM Withdraw 05/23 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 501.75 |
| 05/25 | Non-Chase ATM Withdraw 05/24 2301 86th St Brooklyn NY Card 6556 | 501.75 |
| 05/25 | Non-Chase ATM Withdraw 05/24 2301 86th St Brooklyn NY Card 6556 | 501.75 |
| 05/29 | Non-Chase ATM Withdraw 05/26 2301 86th St Brooklyn NY Card 6556 | 501.75 |
| 05/29 | Non-Chase ATM Withdraw 05/26 2301 86th St Brooklyn NY Card 6556 | 501.75 |
| 05/30 | Non-Chase ATM Withdraw 05/30 132 Ave U @ W 8th  US Brooklyn NY Card 6556 | 161.75 |
| **Total ATM & Debit Card Withdrawals** | | **$18,966.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/03 | Service Charges For The Month of April | $19.17 |
| **Total Other Withdrawals, Fees & Charges** | | **$19.17** |

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

## CHASE 〇

May 01, 2007 through May 31, 2007
Account Number: 000000726121973

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 05/02 | $19,004.22 | 05/17 | 8,700.05 |
| 05/03 | 18,985.05 | 05/18 | 7,198.30 |
| 05/07 | 17,981.55 | 05/21 | 4,194.80 |
| 05/08 | 16,978.05 | 05/22 | 3,191.30 |
| 05/09 | 15,974.55 | 05/23 | 2,187.80 |
| 05/10 | 14,970.55 | 05/25 | 1,184.30 |
| 05/14 | 10,959.55 | 05/29 | 180.80 |
| 05/15 | 9,955.55 | 05/30 | 19.05 |
| 05/16 | 8,952.05 | | |

### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $8.66 |
| Other Service Charges | $49.51 |
| Total Service Charges | $74.17 |
| Less Earnings Credit | -$6.68 |
| Net Service Charges | $67.49 Will be assessed on 6/5/07 |

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|-------------|--------|---------|---------|------------|-------|
| Negative Collected Balance Fee | 1 | 0 | 1 | $0.01 | $0.01 |
| Deposits / Credits | 1 | 0 | 1 | $0.30 | $0.30 |
| Checks Paid / Debits | 40 | 0 | 40 | $0.20 | $8.00 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Deposited Items | 2 | 0 | 2 | $0.18 | $0.36 |
| ATM - Non Chase Withdrawal | 32 | 0 | 32 | $1.50 | $48.00 |
| ATM - Non Chase Inquiry | 1 | 0 | 1 | $1.50 | $1.50 |
| Total Service Charges | | | | | $74.17 |
| Less Earnings Credit | $6,054 | | | 0.0011036 | -$6.68 |
| Net Service Charges (assessed on 6/5/07) | | | | | $67.49 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
**Sequence number 008970734164  Posting date 02-MAY-07**



**CHASE**  **DEPOSIT**  CHECKING ☑ SAVINGS ☐

RVT 50000I020

Today's Date 5-1-07

Customer Name
Thompson Pine Holdings

Customer Address, City, State, Zip
110 7th Ave

Sign Here (if cash is received from this deposit)
X

CHECK
TOTAL FROM OTHER SIDE    9500 00
SUB TOTAL    9500. —
LESS CASH

ACCOUNT NUMBER - DO NOT ZERO FILL

726121973    TOTAL $    19000 00

⑆015205?289⑈ ⑇5000010 20⑈ ⑉    726121973⑈    44⑉0001900000⑉

JP MORGAN CHASE BANK, NA
4 CHASE MANHATTAN PLAZA
897073464

AcctNum: 000000000726121973  Amount: 000000001900000
Xerno: 0152057289 PostDate: 20070502 Sequence: 008970734164
BankNum: 0802 SeqCode: 0001 Field44: 0801 ImageStat: 05
UDK: 0802070502008970734164 ROFD: 021000021 CapSRC: PO
TranCode: 000044 RouteTran: 50000102  DocType: 1
EntryNum: 3554 ItemType: P

09-Oct-07

09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 008970734165  Posting date 02-MAY-07



```
KLAUS LANDAU          AKA                              9726
DENVER, CO 80209    Pete LANDAY              23-433/1020
                              Date 4-26-07

Pay to the
order of    Thompson Price Holdings      | $ 950000

Nine Thousand Five Hundred   no/100   Dollars

COLONIAL BANK
AURORA, CO 80014    25,000 @ .38  TWT Group Th

For   Geo Thompson

        959        9726      0000950000
```

AcctNum: 000000000005016959 Amount: 000000000950000
Xerno: 0000000000 PostDate: 20070502 Sequence: 008970734165
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 08020705020089700734165 BOFD: 021000021 CapSRC: PO
TranCode: 009726 RouteTran: 10200433  DocType: 8
EntryNum: 3554 ItemType: P

09-Oct-07                                                          09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number 008970734166  Posting date 02-MAY-07



AcctNum: 000000000176024834 Amount: 000000000950000
Xerno: 0000000000 PostDate: 20070502 Sequence: 008970734166
BankNum: 0802 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 080207050200089707341166 BOED: 021000021 CapSRC: PO
TranCode: 003737 RouteTran: 12300680  DocType: 8
EntryNum: 3554 ItemType: F

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

**CHASE** ◎
JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

00049066 DDA 802 XA 16507 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

June 01, 2007 through June 29, 2007
Account Number: 000000726121973

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $19.05 |
| Other Withdrawals, Fees & Charges | 1 | - 67.49 |
| Ending Balance | 1 | -$48.44 |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | Service Charges For The Month of May | $67.49 |
| | Total Other Withdrawals, Fees & Charges | $67.49 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/05 | -$48.44 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $0.00 |
| Other Service Charges | $0.37 |
| Total Service Charges | $16.37 |
| Less Earnings Credit | $0.00 |
| Net Service Charges | $16.37  Will be assessed on 7/5/07 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Negative Collected Balance Fee | 1 | 0 | 1 | $0.37 | $0.37 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Total Service Charges | | | | | $16.37 |
| Less Earnings Credit | $2 | | | 0.0010924 | $0.00 |

Page 1 of 4

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

# CHASE 🦴

June 01, 2007 through June 29, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____    -48.44

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____    _____
   _____    _____
   _____    _____
   _____    _____

   Total all deposits and additions ➡ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   Check Number    Date    Amount

   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____
   _____    _____    _____

   Total all withdrawals and subtractions ➡ - $_____

4. This total should match the current balance
   in your checkbook ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏛 Member FDIC

Page 2 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

## CHASE ⬡

June 01, 2007 through June 29, 2007
Account Number: 000000728121973

| SERVICE CHARGE DETAIL | *(continued)* |
|---|---|

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Net Service Charges (assessed on 7/5/07) | | | | | $18.37 |

\* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be
waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.



Page 3 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

CHASE ○

June 01, 2007 through June 29, 2007
Account Number: 000000728121973

This Page Intentionally Left Blank

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE 

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

00048803 DDA 802 KA 21507 - NNN T 1 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

June 30, 2007 through July 31, 2007
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY  Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$48.44 |
| Other Withdrawals, Fees & Charges | 1 | - 16.37 |
| Ending Balance | 1 | -$64.81 |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Service Charges For The Month of June | $16.37 |
| Total Other Withdrawals, Fees & Charges | | $16.37 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/05 | -$64.81 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $16.00 |
| Transaction Fees | $0.00 |
| Other Service Charges | $0.61 |
| Total Service Charges | $16.61 |
| Less Earnings Credit | $0.00 |
| Net Service Charges | $16.61  Will be assessed on 8/3/07 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Negative Collected Balance Fee | 1 | 0 | 1 | $0.61 | $0.61 |
| Account Maintenance - Check Safekeeping | 1 | | | $16.00 | $16.00 * |
| Total Service Charges | | | | | $16.61 |
| Less Earnings Credit | $0 | | | 0.0011392 | $0.00 |

Page 1 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291


**CHASE**

June 30, 2007 through July 31, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $ _____ -64.81

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions ➡ + $ _____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions ➡ - $ _____

4. This total should match the current balance
   in your checkbook ➡ = $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

🏠 Member FDIC
LENDER

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

**CHASE** ⬡

June 30, 2007 through July 31, 2007
Account Number: 000000726121973

| SERVICE CHARGE DETAIL | *(continued)* | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
| Net Service Charges (assessed on 8/3/07) | | | | | $16.61 |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.



09-Oct-07

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
**Sequence number    Posting date**

09Oct07-291

**CHASE ❍**

June 30, 2007 through July 31, 2007
Account Number: 000000726121973

This Page Intentionally Left Blank

Page 4 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE 
JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 01, 2007 through August 07, 2007
Account Number: 000000726121973

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006106 DDA 802 KA 22007 - NNN T 3 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803

## CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$64.81 |
| Deposits and Additions | 1 | 81.42 |
| Other Withdrawals, Fees & Charges | 1 | - 16.61 |
| Ending Balance | 2 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | Overdraft Write-Off Please Contact Bank | $81.42 |
| | Total Deposits and Additions | $81.42 |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Service Charges For The Month of July | $16.61 |
| | Total Other Withdrawals, Fees & Charges | $16.61 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/03 | -$81.42 |
| 08/07 | 0.00 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fees | $0.00 | Waived by average checking balance |
| Transaction Fees | $0.00 | |
| Other Service Charges | $0.00 | |
| Total Service Charges | $0.00 | |

Page 1 of 4

09-Oct-07                                                                                      09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

**CHASE** ⬡

August 01, 2007 through August 07, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions
reported on your statement.

1. Write in the ending balance shown
   on this statement ➡ $_____   0.00

2. **List all deposits and other additions**
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____   _____
   _____   _____
   _____   _____
   _____   _____

   Total all deposits and additions ➡ + $_____

3. **List all withdrawals and other subtractions**
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

   **Check Number      Date        Amount**

   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____
   _____   _____   _____

   Total all withdrawals and subtractions ➡ – $_____

4. **This total should match the current balance
   in your checkbook** ➡ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC
FUNDS TRANSFERS: Telephone or write the bank (Consumer
phone # and address on front of statement) and non-consumers
contact Customer Service if you think your statement is wrong, or
if you need more information about a transaction listed on the
statement or receipt. We must hear from you no later than 60
days after we sent you the first statement on which the problem or
error appeared. Be prepared to give us the following information:

   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure
     of, why you believe it is an error, or why you need
     more information

We will investigate your complaint and will correct any error
promptly. If we take more than 10 business days (or 20 business
days for new accounts) to do this, we will credit your account for
the amount you think is in error so that you will have use of the
money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC
TRANSACTIONS: Contact the bank immediately if your statement
is incorrect or if you need more information about any
non-electronic transactions (checks or deposits) on this
statement. If any such error appears, we must hear from you no
later than 30 days after the statement was made available to you.
For more complete details, see the account rules and regulations
that govern your account.

**BILLING RIGHTS SUMMARY**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you
think your bill is wrong, or if you need more information about a
transaction on your bill, write us on a separate sheet of paper at
the address listed on the front of your statement as soon as
possible. We must hear from you no later than 60 days after we
sent you the first bill on which the error or problem appeared. You
can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • Describe the error and explain, if you can, why
     you believe there is an error, if you need more
     information, describe the item you are unsure of
   • Your signature and the date

You do not have to pay any amount in question while we are
investigating, but you are still obligated to pay the parts of your bill
that are not in question. While we investigate your question, we
cannot report you as delinquent or take any action to collect the
amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a
problem with the quality of goods or services that you purchased
with a credit card and you have tried in good faith to correct the
problem with the merchant, you may not have to pay the
remaining amount due on the goods or services. You have this
protection only when the purchase price was more than $50 and
the purchase was made in your home state or within 100 miles of
your mailing address. (If we own or operate the merchant, or if
we mailed you the advertisement for the property or services, all
purchases are covered regardless of amount or location of
purchase.)

⬆ Member FDIC
LENDER

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291

## CHASE ⬡

August 01, 2007 through August 07, 2007
Account Number: 000000728121973

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Total Service Charges | | | | | $0.00 |



Page 3 of 4

09-Oct-07

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number    Posting date

09Oct07-291



August 01, 2007 through August 07, 2007
Account Number: 000000726121973

This Page Intentionally Left Blank

Page 4 of 4

09-Oct-07                                                                                                    09Oct07-291

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G09Oct07-291**
Sequence number    Posting date

 **CHASE**
JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 08, 2007 through August 31, 2007
Account Number: **000000726121973**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00026500 DDA 802 JA 24407 - NNN T 6 000000000 D3 0000
THOMPSON PRICE HOLDING INC
130 7TH AVE
SUITE 359
NEW YORK NY 10011-1803



### CHECKING SUMMARY    Chase BusinessCustom Checking

| | INSTANCES | .AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

### SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fees | $0.00 | Waived by average checking balance |
| Transaction Fees | $0.00 | |
| Other Service Charges | $0.00 | |
| Total Service Charges | $0.00 | |

### SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Total Service Charges | | | | | $0.00 |

09-Oct-07

09Oct07-291

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G09Oct07-291
Sequence number   Posting date

## CHASE ⬡

August 08, 2007 through August 31, 2007
Account Number: 000000726121973

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown on this statement ➡ $ _____ 0.00

2. List all deposits and other additions
   (such as transfers) not shown on this statement and add the total to the ending balance.

   _____    _____
   _____    _____
   _____    _____
   _____    _____

   Total all deposits and additions ➡ + $ _____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance.

   | Check Number | Date | Amount |
   | --- | --- | --- |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   Total all withdrawals and subtractions ➡ - $ _____

4. This total should match the current balance in your checkbook ➡ = $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

⌂ Member FDIC
EQUAL HOUSING LENDER