In re Thompson Price Holdings Inc.

This map shows the locations of three ATMs in Brooklyn, New York:

