10-11-2007 11:33 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PAGE:3

REDACTED

 Thompson Price

Mail check along with completed application
in the postage-paid envelope to:

**Thompson Price Holdings
130 7th Ave Suite #359
New York, NY 10011**

**NEW ACCOUNT APPLICATION**

For assistance in completing this application, or if you have any questions, please call us toll-free: 1-800-890-7068. Do not use this application for an IRA investment. Please call us for an IRA Application. To avoid delays in processing your application, please complete all appropriate and required sections*.

**ACCOUNT REGISTRATION**

☒ Individual   _Eugene Bazark_ _____   ▓▓▓▓▓▓▓▓▓▓   _1948_
                 Name                      Social Security # (required)   Birth date (required)

☐ Joint   _____   _____   _____
          Joint Name             Social Security # (required)   Birth date (required)

(**Joint tenants with rights of survivorship, unless stated otherwise)

☐ Custodial
  Gift/Transfer   _____                   _____
  To Minor        Custodian's Name                        Minor's Name
                  _____   _____   _____
                  Minor's Social Security # (required)   Minor's Birth date   Minor's State of Residence

☐ Trust***   _____                   _____
             Trustee's Name (required)                Additional Trustee

***Please attach a copy of the trust instrument

☐ Corporation   _____   _____   _____
                Name of Corp.            Type of Entity         Tax ID #

***Please attach a certified copy of the articles of incorporation or equivalent

**MAILING ADDRESS**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   _Bardstown_   _KY_   _40004_
Street Address (required)   City   State   Zip

_____   _____   _____   _____
Mailing Address (if different from above)   City   State   Zip

_502-_▓▓▓▓▓▓   _502-_▓▓▓▓▓▓
Daytime Phone #   Evening Phone #

---

*IMPORTANT: To comply with the US Patriot Act, we are required to obtain, verify, and record information that identifies each person who opens an account. When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see other identifying documents. Any documents or information that we gather in the verification process will be maintained in a confidential manner.

# REDACTED



Questions?
Call toll-free
1-800-890-7068

## INFORMATION DELIVERY

To obtain your account statements and updates online instead of in paper form, please provide us with your e-mail address. After your account is opened, we will send you an e-mail with instructions on how to sign up for electronic information delivery.

E-mail address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## SIGNATURE AND AUTHORIZATION

- I certify that I have received and read the current prospectus and agree to be bound by its terms and conditions, as it may be amended from time to time. I certify that I have the authority and legal capacity to make this purchase and that I am of legal age in my state of residence.

- I authorize Thompson Price Holdings, Inc. and its agents to act upon instructions (by phone, online, in writing, or by other means) believed to be genuine and in accordance with procedures described in the prospectus, as it may be amended from time to time, for this account. I agree that neither Thompson Price Holdings Inc., nor the transfer agent will be liable for any loss, cost, or expense for acting on such instructions. Such entities will employ reasonable procedures to confirm that instructions communicated by phone are genuine, and may be liable for losses due to unauthorized or fraudulent instructions only if such procedures are not followed.

- I agree that Thompson Price Holdings Inc., and its agents may make additional attempts to debit/credit my account if the initial attempt fails, due to the nature of the bank account participating in electronic transfer, or otherwise and that I will be liable for any associated cost or delay including any charges in the net asset value while waiting until funds are good, and that Thompson Price Holdings Inc., will price my purchase at the net asset value next determined after Thompson Price Holdings Inc., receives good funds.

- I authorize Thompson Price Holdings Inc., and its agents to reinvest all income dividend and capital gain distributions.

Under penalty of perjury, I certify that:

1. The Social Security # or Taxpayer Identification # shown on this application is correct and
2. I am not subject to backup withholdings because: (a) I am exempt from backup withholding; or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding) and,
3. I am a U.S. person (including a U.S. resident alien)

X ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
*Signature of Individual Owner, Trustee, Custodian, Corporate Officer, Partner, etc.*

X
*Signature of Joint Owner, Trustee, Custodian, Corporate Officer, Partner, etc. (If applicable)*

10-11-2007 11:33 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    PAGE:2

REDACTED



# Thompson Price Holdings

800-890-7068

12/11/06

Eugene Bazaar
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Barstown, KY 40004

Eugene,

Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *XRF Scientific Ltd.* |
| Shares: | *20,000* |
| Price: | *$.16* |
| Comm: | *$0* |
| Balance: | *$3,200.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

called 1-12-2007

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*