REDACTED



# THOMPSON PRICE
F I N A N C I A L

04/24/07

Robert Pasa

▆▆▆▆▆▆▆▆▆▆

Pittsburgh, PA 15207

Robert,

Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *TWT Group Ltd.* |
| Shares: | *2,500* |
| Price: | *$ .38* |
| Comm: | *$ 0* |
| Balance: | *$ 950.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*545 8th Ave. Suite # 401*
*New York, NY 10018*
*Tel: (877)490-5002*
*Fax: (212)760-4769*

# TWT Group Limited

A unique opportunity to invest in the quality growth story of China

ACN 121 044 531

## 2007 Prospectus

Prospectus for the issue offer of 10 million ordinary shares at an offer price of $0.50 each to raise $5 million.

Minimum capital raising under this prospectus is $4 million. The company may accept an additional $1 million in over subscriptions to a maximum of $6 million.

**Important Information**

This is an important document that should be read in its entirety. If you do not understand any component of this prospectus you should consult your professional advisors.

Sponsoring Broker: Taylor Collison Limited ABN 53 008 172 450

# DHL
## EXPRESS

## EXTREMELY URGENT

REDACTED

# 1-800-CALL DHL
## 1-800-225-5345
## www.dhl-usa.com

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY
DHL CANNOT DELIVER TO P.O. BOXES

FROM

Thompson Price
545 8th Ave suite # 401
New York   NY 10018

TO

Robert Vaso
Pittsburgh   PA 15207

877 4905 007

*6145 1119 240*

**EXPRESS**
1 800 Call DHL

Waybill Number   6145 1119 240

Origin

Payment

Bill to:
☐ Receiver ☐ 3rdParty
☐ Paid in Advance

Billing Reference (will appear on invoice)

# of Pkgs   Weight (LBS)
1

Special Instructions
☐ SAT
☐ LAB
☐ HAA

Next Day 10:30 ▲
Next Day 12:00 ▲
Next Day 3:00 ▲

6145 1119 240

6145 1119 240

QSIM9Z MNH

s (USA), Inc.
Pine Island Rd
Plantation, FL 33324

these services;

ntial Delivery Mail

Place Waybill Pouch or peel and stick Waybill in this area.

105 All rights reserved.

001 (05/05) EC
PACKAGE LABEL

ll services provide
HL Express are s
HL Terms and C
Carriage as pub
e DHL Waybill.
HL liability shall n
$ $100.00. Shipm
ollection may be
on request. If thi
olves an ultimate
untry other than
departure, the W
nvention may be
bject to change wi