

# THOMPSON PRICE
## F I N A N C I A L

REDACTED

07/18/07

John McGee

Greenwood, SC 29649

*CK #1269 7-20-07*

John,

    Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *Hydrotech International Ltd.*     *HTI   ASE* |
| Shares: | *10,000* |
| Price: | *$.16* |
| Comm: | *$0* |
| Balance: | *$1,600.00* |

Please make your check payable to **Thompson Price Inc.**

                                    Sincerely,

                                      Greg Thompson

*545 8th Ave. Suite # 401*
*New York, NY 10018*
*Tel: (877)490-5002*
*Fax: (212)760-4769*



REDACTED

Sequence:80236840 Check#:1269 TR:253279345 Account:/111000008206 TranCode:0 Amount:$1,600.00 Date:07/25/2007




Do not use this envelope for these services:
- Ground
- DHL@home℠ Residential Delivery
- DHL Smart & Global Mail

6332093743

99180596  11

REDACTED

3991805896
John McGee
Greenwood  SC 29649
864
Thompson Price Inc.
515 8th Ave Suite #401
New York  NY 10018
822 4905207

services provided by
Express are subject to
Terms and Conditions
arriage as published at
w.dhl-usa.com and on
DHL Waybill*.
liability shall not exceed
$100.00. Shipment Val
tection may be arrange
n request. If this shipm
olves an ultimate stop in
ntry other than the cour
eparture, the Warsaw
vention may be applica

ject to change without notice.



**GLOBAL CONSTRUCTION SERVICES LIMITED**

# Prospectus

Prospectus for the Offer of 20,000,000 Shares at $1.00 per Share to raise $20.0 million

ISSUER:

GCS

GLOBAL CONSTRUCTION SERVICES LIMITED
ACN: 104 662 259

LEAD MANAGER AND UNDERWRITER:

**Bell Potter**
SECURITIES LIMITED
ABN: 25 006 390 772