REDACTED

 Thompson Price
HOLDINGS

Mail check along with completed application
in the postage-paid envelope to:

Thompson Price Holdings
130 7th Ave Suite #359
New York, NY 10011

## NEW ACCOUNT APPLICATION

For assistance in completing this application, or if you have any questions, please call us toll-free: 1-800-890-7068. Do not use this application for an IRA Investment. Please call us for an IRA Application. To avoid delays in processing your application, please complete all appropriate and required sections*.

**ACCOUNT REGISTRATION**

☒ Individual    KLAUS-P-LANDAU ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ 43
              Name              Social Security # (required)   Birth date (required)

☐ Joint    _____ _____ _____
           Joint Name           Social Security # (required)   Birth date (required)

(**Joint tenants with rights of survivorship, unless stated otherwise)

☐ Custodial    _____           _____
               Custodian's Name                  Minor's Name

*Gift/Transfer
To Minor*    _____ _____ _____
             Minor's Social Security # (required)   Minor's Birth date   Minor's State of Residence

☐ Trust***   _____           _____
             Trustee's Name (required)          Additional Trustee

*** Please attach a copy of the trust instrument

☐ Corporation   _____ _____ _____
                Name of Corp.          Type of Entity          Tax ID #

****Please attach a certified copy of the articles of incorporation or equivalent

**MAILING ADDRESS** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Denver  G  80209
                    Street Address (required)   City    State   Zip

_____ _____ _____ _____
Mailing Address (if different from above)   City   State   Zip

303 ▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓▓
Daytime Phone #   Evening Phone #

*IMPORTANT: To comply with the US Patriot Act, we are required to obtain, verify, and record information that identifies each person who opens an account. When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see other identifying documents. Any documents or information that we gather in the verification process will be maintained in a confidential manner.

**REDACTED**



Questions?
**Call toll-free
1-800-890-7068**

---

**INFORMATION DELIVERY**

To obtain your account statements and updates online instead of in paper form, please provide us with your e-mail address. After your account is opened, we will send you an e-mail with instructions on how to sign up for electronic information delivery.

E-mail address: _____

---

**SIGNATURE AND AUTHORIZATION**

- I certify that I have received and read the current prospectus and agree to be bound by its terms and conditions, as it may be amended from time to time. I certify that I have the authority and legal capacity to make this purchase and that I am of legal age in my state of residence.

- I authorize Thompson Price Holdings, Inc. and its agents to act upon instructions (by phone, online, in writing, or by other means) believed to be genuine and in accordance with procedures described in the prospectus, as it may be amended from time to time, for this account. I agree that neither Thompson Price Holdings Inc., nor the transfer agent will be liable for any loss, cost, or expense for acting on such instructions. Such entities will employ reasonable procedures to confirm that instructions communicated by phone are genuine, and may be liable for losses due to unauthorized or fraudulent instructions only if such procedures are not followed.

- I authorize Thompson Price Holdings Inc., and its agents to issue credits to and make debits from the bank account on the attached blank voided check. I agree that Thompson Price Holdings Inc., and its agents may make additional attempts to debit/credit my account if the initial attempt fails, due to the nature of the bank account participating in electronic transfer, or otherwise and that I will be liable for any associated cost or delay including any charges in the net asset value while waiting until funds are good, and that Thompson Price Holdings Inc., will price my purchase at the net asset value next determined after Thompson Price Holdings Inc., receives good funds.

- I authorize Thompson Price Holdings Inc., and its agents to reinvest all income dividend and capital gain distributions.

**Under penalty of perjury, I certify that:**

1. The Social Security # or Taxpayer Identification # shown on this application is correct and
2. I am not subject to backup withholdings because: (a) I am exempt from backup withholding; or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding (cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding) and,
3. I am a U.S. person (including a U.S. resident alien)

X ███████████████
*Signature of Individual Owner, Trustee, Custodian, Corporate Officer, Partner, etc.*

X
*Signature of Joint Owner, Trustee, Custodian, Corporate Officer, Partner, etc. (if applicable)*



REDACTED   *Pd 11-21-06*
*# 9719*

# Thompson Price Holdings

11/14/06

Pete Landau

Denver, CO 80209

Pete,

Here are the details of the proposed transaction:

- Company: *XRF Scientific Ltd.*
- Shares: *10,000*
- Price: *$ .16*
- Comm: *$ 0*
- Balance: *$ 1,600.00*

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

/00.000/ COMPUTER SERVICES INC.          Document Image          Tuesday, Oct 9 2007

Routing & Transit     10200433                                  Amount              1,600.00
Check Number              9719         REDACTED                 Sequence Number      902880
Account Number                                                  Capture Date       11/28/2006
Trancode                                                        Pocket Number            01









 REDACTED
# Thompson Price Holdings

✗ 65052/

01/25/07

Peter Landau

▇▇▇▇▇▇▇▇▇▇

Denver, CO 80209

1/-30 07
32 sell at
.80 To.96

Peter,

    Here are the details of the proposed transaction:

      Company:    Cyclopharm Group Ltd.    CYC

      Shares:      25,000

      Price:       $.24

      Comm:      $0

      Credit:     $1,900.00

      Balance:   $4,100.00   Pd 2-1-07 #9722

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

*(signature)*

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*



| /00.000/ COMPUTER SERVICES INC. | Document Image | Tuesday, Oct 9 2007 |
|---|---|---|

REDACTED

| Routing & Transit | 10200433 | | Amount | 4,100.00 |
|---|---|---|---|---|
| Check Number | 9722 | | Sequence Number | 1801550 |
| Account Number |  | | Capture Date | 02/14/2007 |
| Trancode | | | Pocket Number | 01 |





# Thompson Price Holdings

*(handwritten: Pd 9725 4-18-07)*

REDACTED

04/12/07

Peter Landau
**[redacted]**
Denver, CO 80209

Peter,

Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *TWT Group Ltd.* |
| Shares: | *25,000* |
| Price: | *$ .38* |
| Comm: | *$ 0* |
| Balance: | *$ 9,500.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

*Greg Thompson*

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

REDACTED



*www.*



# REDACTED
# Thompson Price Holdings

04/23/07

Pete Landau

████████████

Denver, CO 80209

Pete,

*4-30-07*
*.55 sell   .75 To .80*

Here are the details of the transaction:

Company: TWT Group Ltd.

Shares: 25,000

Price: $ .38

Comm: $ 0

Balance: $ 9,500.00

*PD 4-26-07*
*9726*

Please make your check payable to Thompson Price Holdings Inc.

Sincerely,

*GT*

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

/45.0571/ Bank of Choice          Document Image          Tuesday, Oct 9 2007

| | | |
|---|---|---|
| Check Number | 9726 | Amount 9,500.00 |
| Account Number | | Sequence Number 1900390 |
| Trancode | 19-On Us Check | Date 05/04/2007 |

REDACTED





Bank of Choice
THE CHOICE YOU CAN BANK ON.

The image(s) shown above represent official copies of original documents processed by our institution.





05/02/2007  17:22    18774702012              1-800 WE ANSWER                          PAGE  01



REDACTED

# Thompson Price Holdings

# Fax

**To:** Peter Landau          **From:** Greg Thompson

**Fax:** [REDACTED]           **Pages:** 3

**Phone:**                    **Date:** 5/2/2007

**Re:**                       **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** Please review the following and contact me if you have any questions.

05/02/2007  17:22   18774782012                1-800 WE ANSWER                              PAGE  02

REDACTED



# Thompson Price Holdings

Account #: Y650521                                                                  05/01/07

Peter Landau
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Denver, CO 80209

Peter,

In order to access quotes from the ASX exchange, you must first go to www.asx.com.au, then you enter the stock symbol and receive a quote.

Sincerely,

*[signature]*

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

08/30/2007 10:14 FAX                                                              @001/013

05/02/2007  17:22   18774702012           1-800 WE ANSWER                          PAGE  03

REDACTED

 # Thompson Price Holdings

Account #: Y650521                                                       05/01/07

Peter Landau
▮▮▮▮▮▮▮▮▮▮
Denver, CO 80209

Peter,

    Here are the details of the transaction:

| | |
|---|---|
| Company: | *XRF Scientific Ltd.* |
| Trade: | *Sold.* |
| Shares: | *10,000* |
| Price: | *$ .19* |
| Comm: | *$ 0* |
| Credit: | *$ 1,900.00* |

If you have any questions, please do not hesitate to contact me.

                                            Sincerely,

                                            Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*