REDACTED

 # Thompson Price Holdings

11/09/06

Milton Knabusch

Monroe, MI 48162

Milton,

Here are the details of the proposed transaction:

Company: *XRF Scientific Ltd.*

Shares: *19,000*

Price: *$ .16*

Comm: *$ 0*

Balance: *$ 3,040.00*    *Rq). 11/10/04*
    *ck # 2555*

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068·*

REDACTED







212-336-0088
John Graochard

# Thompson Price Holdings, Inc

**Investment Report**

January 1, 2006 – December 31, 2006
Customer Service: (800) 890-7068

Milton Knabusch
Monroe, MI 48162

**TPH Account    Y302054L - Milton Knabusch**

Rep: G. Thompson
YTD Commission:     $0.00

**Account Summary**
Ending Value as of 12/31/06                    $4,180.00

**Holdings:**

| | | | |
|---|---|---|---|
| 19,000 | XRF | .22 | $4,180.00 |

**Debt:Equity**

N/A

REDACTED