

# Thompson Price Holdings

REDACTED

12/28/06

Leo Bruss

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Beaverton, OR 97008

Leo,

    Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *Cyclopharm Ltd.* |
| Shares: | *20,000* |
| Price: | *$ .24* |
| Comm: | *$ 0* |
| Balance: | *$ 4,800.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

*[signature]*

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

| | | |
|---|---|---|
| Date: July 20, 2007 | **Wells Fargo PhotoCopy Request** | Page 1 of 1 |
| | Reference: ███████████████ | **REDACTED** |





| | | | |
|---|---|---|---|
| R/T Number | 12300680 | Processing Date | 20070105 |
| Sequence Number | 8817190295 | Amount | 4800.0 |
| Account Number | ███████ | Check Number | 3635 |



**Cyclopharm Limited**
**Prospectus**

REDACTED


# Thompson Price Holdings

01/23/06

Leo & Dorothy Bruss

Beaverton, OR 97008

Leo,

Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *Cyclopharm Group Ltd.* |
| Shares: | *221,000* |
| Price: | *$ .24* |
| Comm: | *$ 0* |
| Balance: | *$ 53,040.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

Date: July 19, 2007           Wells Fargo PhotoCopy Request           REDACTED           Page 1 of 1

Reference: ▮





R/T Number         12300680           Processing Date   20070205
Sequence Number    8823756944         Amount            26520.0
Account Number     ▮                  Check Number      3670



# Thompson Price Holdings

REDACTED

02/16/07

Leo Bruss

Beaverton, OR 97008

Leo,

Here are the details of the transaction:

| | |
|---|---|
| Company: | *Cyclopharm Group Ltd.* |
| Shares: | *221,000* |
| Price: | *$ .24* |
| Comm: | *$ 0* |
| Balance: | *$ 26,520.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

Date: July 19, 2007    *Wells Fargo PhotoCopy Request*    REDACTED    Page 1 of 1

Reference: ████████████



| | | | |
|---|---|---|---|
| R/T Number | 12300680 | Processing Date | 20070228 |
| Sequence Number | 8829168392 | Amount | 26520.0 |
| Account Number | ████████ | Check Number | 3683 |


# Thompson Price Holdings

REDACTED

04/17/07

Leo Bruss

Beaverton, OR 97008

Leo,

Here are the details of the proposed transaction:

| | |
|---|---|
| Company: | *TWT Group Ltd.* |
| Shares: | *25,000* |
| Price: | *$ .38* |
| Comm: | *$ 0* |
| Balance: | *$ 9,500.00* |

Please make your check payable to **Thompson Price Holdings Inc.**

Sincerely,

Greg Thompson

*130 7th Ave. Suite #359*
*New York, NY 10011*
*(800)890-7068*

Print Images                                                                 Page 1 of 1

| Routing | Sequence # | Paid Date | Amount | Account | Serial |
|---------|------------|-----------|--------|---------|--------|
| 12300680 | 8823331764 | 05032007 | $9500.00 | | 3737 |

REDACTED



http://oibservices.wellsfargo.com/OIB/PrintImage.jsp                        7/19/2007

# TWT Group Limited

A unique opportunity to invest in the quality growth story of China

ACN 121 044 531

## 2007 Prospectus

Prospectus for the issue offer of 10 million ordinary shares at an offer price of $0.50 each to raise $5 million.

Minimum capital raising under this prospectus is $4 million. The company may accept an additional $1 million in over subscriptions to a maximum of $6 million.

**Important Information**

This is an important document that should be read in its entirety. If you do not understand any component of this prospectus you should consult your professional advisors.

**Sponsoring Broker: Taylor Collison Limited ABN 53 008 172 450**