| | In re Thompson Price Holdings Inc. | | |
|---|---|---|---|
| # | **Investor's Name** | **Amount Invested** | **Stocks Purchased** |
| 1 | Bruss, Leo & Dorothy | $67,340 | Cyclopharm Limited<br>TWT Group Limited |
| 2 | Landau, Klaus "Pete" | $15,200 | XRF Scientific Limited<br>Cyclopharm Limited<br>TWT Group Limited |
| 3 | McGee, John | $1,600 | Hydrotech International Ltd |
| 4 | Knabusch, Milton J. | $3,040 | XRF Scientific Limited |
| 5 | Littlefield, Wilbur F. | $5,600 | XRF Scientific Limited<br>Cyclopharm Limited |
| 6 | Pasa, Robert | $950 | TWT Group Limited |
| 7 | Longhurst, Gary | $6,000 | Hydrotech International Ltd |
| 8 | Bazaar, Gene | $3,200 | XRF Scientific Limited |
| 9 | Balanoff, John | $2,400.00 | Cyclopharm Limited |
| 10 | Naccachian, Zareh & Ani | $2,400.00 | Cyclopharm Limited |
| | **TOTAL** | **$107,730.00** | |