AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

SECURITIES AND EXCHANGE COMMISSION

V.

THOMPSON PRICE HOLDING INC. and DAMIR LUKOVIC a/k/a GREG THOMPSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9525**

**Judge Berman**

TO: (Name and address of Defendant)

DAMIR LUKOVIC a/k/a GREG THOMPSON
50 Lisbon Street, Apt. 2
Clifton, New Jersey 07013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK K. SCHONFELD (MS-2798)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, NY 10281
(212) 336-0080 (Brody)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 2 5 2007

CLERK _/s/ Marios Quintero_                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                                          *Signature of Server*

                                                                     _____
                                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

Blumbergs Law Products

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff(s)*

against

THOMPSON PRICE HOLDING INC. AND DAMIR LUKOVIC A/K/A GREG THOMPSON

*Defendant(s)*

*Index No.* 07 CIV 9525

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:    The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at SUNNYSIDE, NEW YORK
That on 10/26/07 at 11:25 AM., at 1 MAIDEN LANE, NEW YORK, NEW YORK (5TH FLOOR)
deponent served the within summons, *and complaint* on THOMPSON PRICE HOLDING INC.    defendant therein named,
SEE ATTACHED RIDER    C/O SPIEGEL & UTRERA, P.A., P.C.

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a PROFESSIONAL corporation, by delivering thereat a true copy *of each* to ARTIE KHLEVNER personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH 1, 2, OR 3**
☒

| | | | | | |
|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

10/26/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

DI CONG JIANG

PRINT NAME BENEATH SIGNATURE

License No. 1220800

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION

    -AGAINST-

THOMPSON PRICE HOLDING INC.
AND DAMIR LUKOVIC A/K/A GREG
THOMPSON
------------------------------------------------------X

CASE NO.
07 CIV 9525

RIDER TO AFFIDAVIT
OF SERVICE

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL ACTION

- COMPLAINT

- INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN

- ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS, ORDER FOR ACCOUNTINGS, AND GRANTING OTHER RELIEF

- PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- DECLARATION OF DAWN LIBAL IN SUPPORT OF ITS EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- LOCAL RULE 6.1(D) DECLARATION IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF