🖎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

SECURITIES AND EXCHANGE COMMISSION

V.

THOMPSON PRICE HOLDING INC. and DAMIR
LUKOVIC a/k/a GREG THOMPSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV 9525

## Judge Berman

TO: (Name and address of Defendant)

THOMPSON PRICE HOLDING INC.
545 Eighth Avenue, Suite 401
New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK K. SCHONFELD (MS-2798)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, NY  10281
(212) 336-0080 (Brody)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 2 5 2007

CLERK

_Warios Quintero_

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date             *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B151 Affidavit of Service of Summons or Subpoena. Personal or Alternative
Methods: Corp. or Ind. Military Service. 10 pt. type. 1-95

Blumbergs
Law Products

© 1986 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

| | COURT | UNITED STATES DISTRICT COURT |
|---|---|---|
| COUNTY OF | | SOUTHERN DISTRICT OF NEW YORK |

SECURITIES AND EXCHANGE COMMISSION

*Index No.* 07 CIV 9525

*Plaintiff(s)*

*against*

THOMPSON PRICE HOLDING INC. AND DAMIR LUKOVIC A/K/A
GREG THOMPSON

*Defendant(s)*

*AFFIDAVIT OF*
*SERVICE OF SUMMONS*
*(AND COMPLAINT)*
SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF   NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at  SUNNYSIDE, NEW YORK
That on   10/26/07                        at 11:25 AM, at 1 MAIDEN LANE, NEW YORK, NEW YORK (5TH FLOOR)
deponent served the within summons, *and complaint on*  THOMPSON PRICE HOLDING INC.                      defendant therein named,
SEE ATTACHED RIDER                     C/O SPIEGEL & UTRERA, P.A., P.C.

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a  PROFESSIONAL        corporation, by delivering thereat a true copy *of each* to  ARTIE KHLEVNER
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be  MANAGING AGENT        thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                                    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                      and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH**
**1, 2, OR 3**
☒

| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on

10/26/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
DI CONG JIANG

License No. 1220800

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION

     -AGAINST-

THOMPSON PRICE HOLDING INC.
AND DAMIR LUKOVIC A/K/A GREG
THOMPSON
-----------------------------------------------------X

CASE NO.
07 CIV 9525

RIDER TO AFFIDAVIT
OF SERVICE

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL ACTION

- COMPLAINT

- INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN

- ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER,
  ORDER FREEZING ASSETS, ORDER FOR ACCOUNTINGS, AND
  GRANTING OTHER RELIEF

- PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS
  EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING
  ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE,
  ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING
  ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE,
  ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- DECLARATION OF DAWN LIBAL IN SUPPORT OF ITS EMERGENCY
  APPLICATION FOR TEMPORARY RESTRAINING ORDERS,
  PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET
  FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- LOCAL RULE 6.1(D) DECLARATION IN SUPPORT OF PLAINTIFF
  SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY
  APPLICATION FOR TEMPORARY RESTRAINING ORDERS,
  PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET
  FREEZES, ACCOUNTINGS, AND OTHER RELIEF

B 151 — Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95
© 1988 JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

Blumberg
Law Products

**COURT**    UNITED STATES DISTRICT COURT
**COUNTY OF**    SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

*Plaintiff(s)*

*against*

THOMPSON PRICE HOLDING INC. AND DAMIR LUKOVIC A/K/A
GREG THOMPSON

*Defendant(s)*

*Index No.*   07 CIV 9525

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*
SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF   NEW YORK     SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   POMONA, NEW YORK
That on   10/26/07     at 6:21   AM., at   50 LISBON STREET, CLIFTON, NEW JERSEY
deponent served the within summons, *and complaint on*   THOMPSON PRICE HOLDING INC.     defendant therein named,
SEE ATTACHED RIDER

**INDIVIDUAL**
1. ☐
by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒
a DOMESTIC     corporation, by delivering thereat a true copy *of each* to   DAMIR LUKOVIC A/K/A
GREG THOMPSON
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be   MANAGING AGENT     thereof.

**SUITABLE AGE PERSON**
3. ☐
by delivering thereat a true copy *of each* to     a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐
by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
5A. ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at     and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
5B. ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at     in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH**
**1, 2, OR 3**
☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐
The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐
I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
10/30/07

JOHN DICANIO
Notary Public, State of New York
No. 01DI4977768
Qualified in Westchester County
Commission Expires Feb. 11, 2011

PRINT NAME BENEATH SIGNATURE
SETH BOTWINICK

License No.   1216601

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION

      -AGAINST-

THOMPSON PRICE HOLDING INC.
AND DAMIR LUKOVIC A/K/A GREG
THOMPSON
-------------------------------------------------------X

CASE NO.
07 CIV 9525

RIDER TO AFFIDAVIT
OF SERVICE

LIST OF DOCUMENTS SERVED:

- SUMMONS IN A CIVIL ACTION

- COMPLAINT

- INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN

- ORDER TO SHOW CAUSE, TEMPORARY RESTRAINING ORDER,
  ORDER FREEZING ASSETS, ORDER FOR ACCOUNTINGS, AND
  GRANTING OTHER RELIEF

- PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS
  EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING
  ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE,
  ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING
  ORDERS, PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE,
  ASSET FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- DECLARATION OF DAWN LIBAL IN SUPPORT OF ITS EMERGENCY
  APPLICATION FOR TEMPORARY RESTRAINING ORDERS,
  PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET
  FREEZES, ACCOUNTINGS, AND OTHER RELIEF

- LOCAL RULE 6.1(D) DECLARATION IN SUPPORT OF PLAINTIFF
  SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY
  APPLICATION FOR TEMPORARY RESTRAINING ORDERS,
  PRELIMINARY INJUNCTIONS, ORDERS TO SHOW CAUSE, ASSET
  FREEZES, ACCOUNTINGS, AND OTHER RELIEF

United States District Court
Southern Distirict of New York

Securities and Exchange Commission,

                                       **AFFIDAVIT OF SERVICE**
                     Plaintiff(s)                Case No.  07 Civ. 9525

       -against-

Thompson Price Holding Inc., and
Damir Lukovic a/k/a Greg Thompson,

                    Defendant(s)

State of New York )
              ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That
on October 29, 2007 at approximately 1:05 PM deponent served the following specific papers  pursuant to
Section 306 of the Business Corporation Law,  Summons in a Civil Case and Complaint, Order to Show Cause,
Plaintiff's Memorandum of Law, Individual Practices of Hon. Richard M. Berman, Local Rule 6.1, Verified
Declaration of Dawn Libal in Support of its Emergency Application for Temporary Restraining Orders with
Exhibits, that the party served was Thompson Price Holding Inc., a domestic business corporation, one of the
defendants in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS
Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers
with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3",
weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and
empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by
Law in the amount of $40.00.

                                      *Mary M. Bonville*
                                             Mary M. Bonville

Sworn to before me this _29th_ day of October, 2007

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010