MAR-17-2008 11:41        ZALMAN & SCHNURMAN                    212 514 7072    P.02

**MICHAEL ROSEN**
Law Offices
61 Broadway, Suite 1105
New York, NY 10006
mrosenlaw@aol.com

TEL (212) 742-1717                                    FAX (212) 248-4068

March 17, 2008

<u>VIA FACSIMILE – (212) 805-6717</u>

**MEMO ENDORSED**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Securities and Exchange Commission v. Damir Lukovic, et al.
             07 Civ. 9525 (RMB)

Dear Judge Berman:

    I represent defendant Damir Lukovic in the above entitled action. I respectfully request, with the consent of Todd D. Brody, Esq. Senior Trial Counsel of the SEC, that the appearance in this case be scheduled for 3:30 p.m. on Thursday, March 20, 2008, instead of 9:30 a.m. on that date. A scheduling conflict has recently arisen with a multi-defendant criminal case before the Hon. Sterling Johnson, Jr. in the Eastern District.

    Thank you.

Respectfully,

Michael Rosen

MR:wp

cc:    Todd D. Brody, Esq.
        Via Facsimile

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

Application granted

SO ORDERED:
Date: 3/17/08
Richard M. Berman, U.S.D.J.