```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

SEC

            Plaintiff(s),

- v -

Thompson Price Holdings Inc

            Defendant(s).

------------------------------------------------------------X

**Case Management Plan**

07 CV. 9525 (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)     Amend the pleadings by _____

(iii)     All discovery to be **expeditiously** completed by 4/30/08

(iv)     Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)     Motions _____

(vii)     Oral Argument _____

(viii)     Joint Pre-Trial Order to be submitted by _____

(ix)     ~~Final Pre-Trial~~ Conference May 19, 08 @ 9:15 (status)

(x)     Trial _____

(xi)     Other _____

SO ORDERED: New York, New York
3/20/08

_RMB_
Hon. Richard M. Berman, U.S.D.J.