

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 World Financial Center, Room 400
New York, New York 10281-1022

MAY 16 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

May 16, 2008

**VIA FAX**

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *SEC v. Thompson Price Holding Inc. et al.*, 07 Civ. 9525 (RMB) (S.D.N.Y.)

Your Honor:

The Court has scheduled a conference in this case for Monday, May 19, 2008. I am in the middle of trial before Judge Pauley and respectfully request that the conference in this matter be adjourned for a few weeks. The SEC has not previously requested an adjournment of this hearing. Counsel for Mr. Lukovic, the only defendant that has answered, has consented to this request. He is available for a conference starting the week of June 16, 2008. The SEC is also available at that time. We thank you very much for your consideration of this request.

Respectfully submitted,

Todd D. Brody
Senior Trial Counsel
Securities and Exchange Commission

CC: Michael Rosen

Conference adjourned to 6/17/08 at 10:00 a.m.

SO ORDERED:
Date: 5/16/08

Richard M. Berman, U.S.D.J.