UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SEC

Plaintiff,

-v-

Thompson Price Holdings

Defendant.

x
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07cv9525 (RMB)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☑ Specific Non-Dispositive Motion/Dispute:*
   _motion to compel (to be filed on 7-1-08)_

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  6-17-08

SO ORDERED:

/RMB/

United States District Judge